ANTHONY ANDRE SHARP
Name

K41609 CRC DORM 311-32L
Prison Identification/Booking No.

PO BOX 3535 NORCO, CA. 92860
ADDRESS or PLACE OF CONFINEMENT

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address.

Note: If represented by an attorney; his name, address & telephone number.

fee Due

FILED
CLERK, U.S. DISTRICT COURT
JUN 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

530

FULL NAME (Include name under which you were convicted)
ANTHONY ANDRE SHARP
Petitioner,

v.

STATE OF California

M. MANTEL
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED PERSON having custody of petitioner
Respondent.

CASE NO. CV CV08-4232 CJC(RCF)
To be supplied by the Clerk of the United States District Court

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
(28 U.S.C § 2254)

PLACE/COUNTY OF CONVICTION San Diego

PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT (LIST BY CASE NUMBER)

CV N/A lost NO.

CV

CV

CV

FILED
CLERK, U.S. DISTRICT COURT
JUN 25 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

(If petitioner is attacking a judgment which imposed a sentence to be served in the *future*, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the *future* under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment)

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, and signed by the petitioner, under penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition, except that ONE separate additional page is permitted in answering Question No. 10.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed in forma pauperis (without paying the $5.00 filing fee and other court costs), then you must also complete and execute the declaration on the last two pages, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTN: Intake/Docket Section.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: (Check appropriate number)

This petition concerns:

1. X A conviction.
2. X A sentence.
3. X Jail or prison conditions.
4. ____ Prison discipline.
5. ____ A parole problem.
6. X Other.

PETITION

1. Venue
   a. Place of Detention CAlifornia Rehabilitation Center
   b. Place of conviction San Diego County
   c. Place sentenced San Diego County Superior
2. Conviction on which the petition is based ( a separate petition must be filed for each conviction being attacked).
   a. Nature of offense involved (include all counts) child molest
   b. Penal or other code section or sections 288 A
   c. Case number D052324
   d. Date of conviction March 3, 1997
   e. Date of sentence March 3, 1997
   f. Length of sentence on each count 18 yrs Total Current Release date 7-16-2011
   g. Plea (check one)
      (1) Not guilty ( ) (2) Guilty (X) (3) Nolo Contendere ( )
   h. Kind of trial (check one)
      (1) Jury ( ) (2) Judge alone (X) (3) Judge alone on transcript ( )
   j. Did you testify at trial? Yes (X) No ( )
3. Did you appeal from the conviction of sentence? Yes (X) No (X)
4. If you did appeal, give the following information for each appeal
   a. (1) Name of Court San Diego Superior
      (2) Result Denied
      (3) Date of result Dec. 2007
      (4) Citation or number of opinion N/A
      (5) Grounds raised (list each)
         (a) illegal Sentence
         (b) illegal EnHancement
         (c)
         (d)
         (e)

(f)

(g)

b. (1) Name of court Fourth Appellate District

(2) Result Denied

(3) Date of result April 23, 2008

(4) Citation or number of opinion N/A

(5) Grounds raised (list each): illegal sentence

(a) illegal sentence 85%

(b) illegal enhancement

(c) inadequate medical care

(d) illegal restitution

(e) over crowding

(f)

(g)

5. If you did not appeal:

a. State your reasons Ø

b. Did you seek permission to file a late appeal? Yes (X) No (X)

6. Other than a direct appeal, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal? Yes (X) No (■)

7. If your answer to 6 was YES give the following information.

a. (1) Name of court United States Central District of California

(2) Nature of proceeding Reviewed but ordered to seek state appeals first.

(3) Grounds raised illegal sentence, inadequate medical care, illegal enhancement

(4) Result Denied w/o prejudice pending state remedies. Told to refile after state remedies

(5) Date of result NOV. 2007

(6) Citation or number of any written opinions or orders entered pursuant to each such disposition..

Same order

b. (1) Name of court California Supreme Court

(2) Nature of proceeding Appeal

(3) Grounds raised illegal sentence 85%

inadequate medical care

illegal Enhancement

illegal restitution

(4) Result Denied

(5) Date of result 1-11-08

(6) Citation or number of any written opinions or orders entered pursuant to each such disposition.

c. (1) Name of court

(2) Nature of proceeding

(3) Grounds raised

(4) Result

(5) Date of result

(6) Citation or number of any written opinions or orders entered pursuant to each such disposition.

8. Was an evidentiary hearing held? Yes ( ) No (X)

If so, state the name of the court, and the result

9. If your answer to 6 was NO, explain briefly why you did not seek post-conviction relief in the state courts.

Court Reviewed Petition without petitioner

CAUTION: *Exhaustion Requirement:* In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted as to some grounds, you must first present all other grounds to the state court.

10. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly, the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one illegal 85% Sentence Current Release date 7-16-2011

Supporting FACTS (tell your story BRIEFLY without citing cases or law)

CAUTION: You must state facts, not conclusions, in support of your grounds. (e.g., if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do). A rule of thumb to follow is - who did exactly what to violate your rights at what time or place.

See Attached

b. Ground two illegal Enhancement / over crowding

Supporting FACTS (tell your story BRIEFLY without citing cases or law).

See Attached

c. Ground three Inadequate Medical Care

Supporting FACTS (tell your story BRIEFLY without citing cases or law).

See Attached Sheets

d. Ground Four Double Jeopardy illegal Enhancement, Restitution

Supporting FACTS (tell your story BRIEFLY without citing cases or law).

See Attached Sheets

11. If any of the grounds listed in 10 were not previously presented to this court or any other court, state briefly which grounds were not presented and give your reasons.

Ground Four Double Jeopardy Recently I Came across Newly Found Information on Double Jeopardy Relating To The Enhancement and Restitution

12. Do you have any petition, appeal or parole matter pending in any court, either state or federal as to the judgment of conviction under attack?

Yes ( ) No (X)

13. Are you presently represented by counsel? Yes ( ) No ( X )

If so, name, address and telephone number ______________________

______________________

Case name and court ______________________

______________________

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

Anthony A. Sharp
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 6-18-08
(Date)

Anthony A. Sharp
Signature of Petitioner

Court of Appeal, Fourth Appellate District, Div. 1 - No. D052324
**S163144**

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

In re ANTHONY A. SHARP on Habeas Corpus

---

The petition for review is denied.

SUPREME COURT
**FILED**

JUN 11 2008

Frederick K. Ohlrich Clerk

Deputy

GEORGE
Chief Justice

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ANTHONY ANDRE SHARP

(b) County of Residence of First Listed Plaintiff: Riverside
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
PRO PER

## DEFENDANTS

STATE OF CALIFORNIA

County of Residence of First Listed Defendant: Riverside
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
STATE GENERAL ATTORNEY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☒ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Constitutional Violation

Brief description of cause:
Petitioner 85% is unconstitutional, and serving Double jeopardy

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE ______ DOCKET NUMBER ______

DATE: 6-18-08

SIGNATURE OF ATTORNEY OF RECORD: Anthony A. Sharp

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

This petition only Attacks Petitioner sentence in part and petitioner wish it be known that in no way is petitioner withdrawing His plea but merely raises illegal Issues of said sentence which does constitute to an civil rights violation and violation of petitioner's constitutional rights and such relief must be granted in full.

In 1997 petitioner plead guilty to a crime which petitioner did not do but plead guilty to prevent a trial petitioner was sentenced to 18 yrs with 85% under the Three Strike Law of 1996 At such time petitioner was unware that 85% under Federal sentenceng guidelines was Federal time not State sentencing guidelines, After many years in prison petitioner became knowledgable in the law and after careful research petitioner Found out that His sentence was illegal and unconstitutional under Federal law The supreme court has stated, it is now established beyond doubt that prisoners have a constitutional right access to the courts; adequate food shelter sutitution, medical care and personal safety and any form of cruel and unusual punishment rather it be by inadequate medical care, or an illegal sentence.

The U.S. Supreme Court Has Ruled plea Judges or Trial Judges can not Tact on any prior or

Any Enhancement upon any Defendant without a Jury Hearing, the case and making such determination if such Enhancement is warrant if the above happens, any Enhancement illegally tacted on by a plea judge or Trial Judge violates a Defendant sixth Amendment to the U.S. Constitution, the U.S. Supreme Court said a Judge can only give the petitioner or Defendant the Middle Term not the upper Term plus tact on and illegal Enhancement unless found guilty by a and the Jury decides to Enhance the Defendant, Regardless if a Deal was made or not a Judge can not sentence a Defendant more then the Term of the actual offense this Enhancement must be stricken from all records the Court must readjust petitioner sentence which would release from prison said petitioner Immediately.

Due to the illegal sentence that petitioner has been given and the time he has already served over the time petitioner should haved served if he had not been given the illegal 85% U.S.C.A. 2253 Any other act other then modification of petitioner sentence and Immediate Release is barred in the Interest of Justice per California Court Rules 60

Petitioner's Right to due process, Particularly the Right to a Jury Trial as this Issue falls within the quickly - developing body of law, Involving



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

Imposing AN upper-Term Sentence in Court by AN plea Judge Violates petitioner's Sixth And Fourteenth Amendment Rights To A Jury Trial And Due process.

under California Statutory Law And The Federal Double Jeopardy Clause The only Remedy is To Reverse The upper Term And To Impose The Mid Term And order petitioner's Immediate Release And Discharge.

because no Jury Made A determination beyond A Reasonable doubt of The Factors used To increase The Statutory MAXIMUM sentence above The Mid Term The error is not Harmless The only Remedy is To Resentence petitioner To The Mid Term, because The Federal Double Jeopardy Clause would prohibit A Retrial OR Any Additional plea And Certainly Any other or Additional sentence would be Double Jeopardy Any Thing other Then petitioners Immediate Release And Discharge An Injustice And unconstitutional.

The united States Supreme Court Has Held recently That California's Determinate Sentencing law Violates A defendants Federal Constitutional Rights under The Sixth And Fourteenth Amendment To A Jury Trial.

Justice Brennan, Justice Douglas, And Justice Marshall Held in A Decision on May 7, 1973 That When A State prisoner is Challenging The very Fact or duration of His Physical Imprisonment, and The Relief He Seeks is a determination That he is entitled To Immediate Release or Speedier Release From That Imprisonment Accordingly We Reverse The Judgement before us.

# STATEMENT

illegal 85% sentence

IN petitioner current case He was sentenced to 18yrs And Have Already served 11yrs And petitioner current Release Date is Scheduled For July 16, 2011 The 85% Time petitioner is serving currently is based upon Federal sentencing guide lines As All Defendants in The Federal systerm under Federal Law is mandated by Federal Law to serve an minumim of 80%, to 85% of Their Sentence, As 80 And 85%, is legally considered Federal Time And is in no way considered state Time, A Defendant who committs A crime under state law can not be sentenced to Federal Time which 80 And 85% is considered which The state court Are Applying Federal Sentencing guidelines to sentence state inmates or Defendants which makes Any sentence illegal And unconstitutional Since petitioner Has served more Time Then I would Have if sentenced properly That Time He can never get back But What would justify The means And make The illegal sentence right, As The only way to correct A wrong in This petition is by granting such petition, modification of petitioners sentence must be granted which would led to petitioner Immediate Release And Full

Discharge From The Custody of The Dept. of Correction As petitioner Would Have served His sentence And Then some And Time He'd Have done on parole.

<u>illegal Restitution</u>
<u>Constitutes Double Jeopardy</u>

A Defendant Who is Sentenced To State Prison To Serve A Term For A Crime He Have Committed is legally being punished For such Crime And paying The price For such Act, but When The Defendant is Also given An Increased Restitution beyond The Statutory $200.00 Then it becomes A matter of Double Jeopardy Which is illegal And unconstitutional because A Defendant is Already being punished once For His Crime by Imprisonment but To order The Defendant To pay beyond The Required $200.00 For court Fee's is And does Constitute Double Jeopardy As now That same defendant is Also Paying For That same Crime He was convicted of As The United States Constitution prohibits Any person From being punished Twice For The same Crime by Any means by Law.

This Complies with The Statutory Mandate And because A $100.00 Fine

California Juridence prodence

A RESTITUTION FINE IS CRIMINAL PENALTY RATHER THEN A CIVIL SANCTION (see 1 Cal. CRIM LAW 3d) INTRODUCTION TO CRIMES § 41 CONEQUENTLY, IT IS A Subject TO THE CONSTITUTIONAL PROHIBITION AGAINST double jeopardy.

As The Thompson And Jones (see Attached) 1 (6) CONT. decisions, supra

IMPLICITLY RECOGNIZED, THERE IS NO RATIONAL distinction between Fines And INCARCERATION in This Context Each is punishment (23 C. 4th 361 per California Case Law And State Law in WITKIN LAWS, IT IS Very Clear As well As Federal Law STATES NO INCREASED punishment SHALL be Added TO A Defendants sentence And TO ORDER A Defendant TO pay A RESTITUTION FINE in The Excess of $ 2,000 is well exceeding The STATUTE of $200.00 And Falls under Double jeopardy and CONSTITUTIONAL PROTECTION People V. Hanson 23 C. 4th 36[illegible]

STATUTORY MINIMUM IS approriate.

People V. WALKER 54 C. 3d 1013

A Superior Court Judge MUST EITHER SENTENCE A Defendant TO STATE PRISON OR RESTITUTION but NOT Both AS IT VIOLATES A Defendant Right TO be punished TWICE FOR The Same CRIME

which does Constitute Double Jeopardy, Therefore petitioner Remaining restitution must be waived in it's Entire And The money petitioner Has Already paid in to it must be Returned To petitioner Immediately Except The restitution Fee of $200.00

Inadequate Medical Care

petitioner is A State Inmate AT CRC A State prison within The California Dept. of California petitioner is An Type II Diabetic who Also suffers From Acute Kidney Disease, And suffers From A Deadly peanut Allergy As well As A life Threatening Heart murmur, petitioner As well As Thousands of other Inmates who suffer These medical Conditions like mines Are recieving Inadequate medical care Despit The Federal lawsuit in The plata V. Davis Case That was settled Apr. 2001 in Regards to Inmate medical care but Inmates like me Are still recieving Inadequate Medical As Inmates Are Dying due to medical INcompetence And Inmates Have died like Mr. Jersey who died while being Transported to An OUTSide Hosp. The point is if I Had An peanut Attack And Had To be Rushed To An Hospital by The Time They call for paramedics And They Arrive At The main gate it Takes Almost 7 to 10 mins or more to get Cleared Then Another 7 to 10

mins to leave the prison, Time is at an Essence because a person could Die in a matter of minutes, or if I was to have kidney failure the prison could not Treat my medical condition because in Experience medical staff and lack of medical Equipment as medical staff Dont even know how to hook up properly Ekg strips as I had chest pains and it took them almost 25mins to properly hook up said strips on me due to lack of Triaining if I was having a heart attack that Ekg would mean the Difference between life and Death once I leave the prison on a code there is an aleast 20 to 40 min drive to Riverside Hospital in That Time I'd be Died it's clear KDC has not complied with the plata settlement to provide adequate medical care in fact petitioner life due to per incompetence and inadequate medical care and given the nature of how many inmates alone at CRC who have died due to lack of medical care, lack of medical Triaining or concern for inmate but mostly due to incompetence which pose a serious and substanial risk to petitioner life. Petitioner is Eligable for full military Benefits due to petitioners father petitioner is better Equiped to provide his own medical care on the streets then what the prison is doing

And what poses Additional risk to petitioner Health and could cause kidney failure, liver or even Brain Damage if consume enough of not only for petitioner but for other inmates here at CRC medical stuff is aware of a poison that the water contains (ARSENIC) which can be deadly to an inmate who suffers from any one of these medical conditions or worse medical condition but still the Dept. nor the prison officials nor it's medical staff has made any attempt to warn the inmates nor their patience but in fact incourage inmates to drink alots of water that is contaminated as ARSENIC is an deadly poison and even more deadly for inmates with serious or life threatening medical conditions.

Petitioner is recieving inadequate medical care while in state prison that pose an risk to petitioner health.

## Case Law Given:

In order to state a cognizable claim under civil rights statute because of inadequate medical care, prisoner must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs.

The Supreme Court Mr. Justice Stewart held that when a state prisoner though assenting jurisdiction under the Civil Rights Act, is challenging

The very Fact or duration of his physical Imprisonment, And The Relief he seeks is a determination That he is entitled To Immediate Release or speedier Release From Such Imprisonment his Sole Federal Remedy is A Writ of Habeas Corpus, To Which The exhaustion Requirement is applicable (28 U.S.C.A. 2254)

Petitioner Has been deprived of good Conduct Time Credits, allegedly without due process, sought no damages but only Injunctive Relief To Compel Restoration of Credits, Which in each Case would Result in Immediate Release From Confinement State Government has an obligation To provide medical Care Those whom it is punishing by Incarceration, Involve unnecessary or wanton Infliction of pain are Repugnant To Eighth Amendment. Estelle v. Gamble

Deliberate Indifference To Serious medical needs of prisoners Constitutes unnecessary And Wanton Infliction of pain proscribed by Eighth Amend. whether The Indifference is manifested by Prison doctors in Response To prison needs or by Prison guards in Intentionally denying or delaying access To Medical Care or Intentionally Interfering with Treatment once prescribed Regardless of How evidenced deliberate Indifference To prisoner's Serious illness or Injuries States Cause of Action under Civil Rights Statute.

People V. Black

'Cited Case'

Petitioner contends that the California supreme court recent decision in people V. Black 2007 41 Cal. RpTR 4th 799 (Black II) on petitioners claim of error under, the sixth Amendment that his sentence was unconstitutional Because one of the factors the Trial Court found was that petitioner Had A Criminal history of numerous or Increasingly serious offences, This Case appears To be Controlled by Black II (Auto Equity Sales Inc. V. Superior Court.

Nevertheless for the following reasons petitioner submitts that Black II was in fact erroneously decided other than the fact of A prior conviction Any Fact That Increases the penalty for A criminal beyond mid Term. is illegal As A Trial or plea judge Can not sentence Any Defendant To the upper Term or order A Defendant To serve 80 or 85% As That To is illegal due To 80 And 85% is Federal Time which I Am Serving on A State sentence, I should be Recieving 50% Credit since I Have never comitted A violent or violence on Any one Individual in my Entire life even during my crimes so according To your own ruling And The Court of Appeals last Dec. I Am legally Entitled To 50% For my non violence portion

3

Petitioner is legally Entitled
To The Following Relief
Which is Sought..

Petitioner is Entitled And seeks An Federal Injunction Ordering Petitioner's Immediate Release And Complete Discharge From The Dept. of Corrections And The Dept. of Corrections Reburse petitioner For Any And All money paid To or Towards The Restitution Except The Amount of $200.00 Immediately As well As $110.00 A day For every day Petitioner was Held illegally Immediately, No other Relief is sought in This petition.

IN CONCLUSSION

The Superior Court Where petitioner Was Sentenced AT Clearly Violated petitioner's Sixth And Fourteenth Amendment And Handed Down An illegal Federal Sentence And Enhancement Which is Clearly unconstitutional As decided by The U.S. Supreme Court under The Cunningham v. California case, Not only That but CDC Has Failed To give Inmates Incarcerated Adequate medical Care Despite The settlement of Plata v. Davis in Federal Court And Continue To do so or To Inform Inmates The risk To Their Health or life in regards To The ARSENIC prison officials Including medical Staff Thats in The water Which This mediation

illegal EnHancement
Constitutes Double Jeopardy

petitioner last conviction was in 1988 petitioner served his sentence for that conviction and was released on Sept. 5th 1992 after serving his sentence and parole in 1994 petitioner discharged his CDC No. petitioner was not convicted of a new crime until 1997 under constitutional law of Double Jeopardy petitioner has served the sentence which he was convicted of in 1988 but when convicted on this case the court illegally EnHanced petitioner 2yrs in addition to his term for a crime he had already served and discharged such EnHancement falls under the Double Jeopardy Clause as I am being punished for the same crime twice which is Double Jeopardy and violates my constitutional right under the united states constitution of the (6) Amendment. The U.S. Supreme Court has ruled plea judges or trial judges can not tact on any prior or any EnHancement upon any Defendant without a jury hearing the case and making such determination if such EnHancement is warrant.

Any EnHancement illegally tact on by a plea judge or trial judge violates a Defendant Sixth Amendment to the U.S. Constitution. The U.S. Supreme Court said a judge can only give the petitioner the middle term not the upper term plus tact on and illegal EnHancement unless found guilty by a jury and the decides to

7

Enhance That Defendant, Regardless if A Deal was made or not A Judge can not sentence A Defendant more Then The sentence Carries but To Relieve The upper Term such case must be Heard by The Jury Regardless of The Crime.

U.S.C.A. 2253 Any other Act other Then Modification of petitioner sentence and petitioners Immediate Release And Discharge is barred, in The Interest of Justice per California Court Rules 60

petitioner civil Rights and constitutional Rights Are And Have been violated Deliberately As petitioner Has The Right To Due process and equal protection And A constitutional Right To be Free From cruel And unusual punishment And A constitutional Right To be Free From Any Form of Double Jeopardy civil or Criminally or both.

At Any Rate, The Issues is preserved because petitioner did not personally, knowingly and voluntarily on The Record waive His Federal constitutional Right To A Jury Trial on The Issue of Aggravating Factors.

Cunningham v. California

During The plea agreement I was never Told About paying Any Type of Restitution in Any Amount That was not part of The Agreement petitioner was only made Aware of Any Restitution At Sentencing if Had been made Aware petitioner would never Had made such agreement, Any Restitution other Then Two Hundred Dollars is civil in manner (P.C. 1214)

IN CONNECTION WITH THE ENHANCMENT

When I Recieved The 2 Enhancements With my sentence, Legally That is an Consective Sentence And under California Law I Should Recieved 2/3 Good Time Credit on Those 2 Enhancement Not Flat Time As Flat Time is Reserved For parole Violators Which I Am Not so If I Would Have Recieved The proper 2/3 Credit For each Enhancement Along With The proper 50% Instead of 85% Federal Time The State Court give me I'd Have been Released years ago so Just That Fact Alone Violates my Constitutional Right To Equal protection Cruel & unsual, Due process, Also It's False Imprisonment In Every Aspect As I've been Kept longer Then I Should Have by doing so petitioner Would Have done His sentence As well As parole, Therefore petitioner must be ordered Released From Custody Full Discharge Immediately In The Interest of Justice And To Make Right For The Harm on emotional Trauma The State Has Inflicted upon Petitioner For Time He Has Served over What He Should Have Served, And Emotional distress placed on petitioner's Family And Mental And Financial Burden.

(A)

Current Release Date 7-16-2011

Regarding prison over crowding Constitutes Cruel and unsual punishment

Do to the severe over crowding in state prison. And Inmates who are under medical care or have chronic life threatening medical issues, such as Diabeties, Heart, condition, cancer etc. Are being placed in substantial risk or slip throw the cracks and recieving inadequate medical care that also includes mental health inmates as inmates who are medical or mental or both cant recieve the [redacted] adequate medical or mental health care they are legally entitled to under state and Federal law because the lack of Doctors and mental health Doctors avilable in state prisons due to more and more sevre over crowding in California state prison which the Northern District Three Judge panel is attempting and made repeatly threaten the state to reduce the prison population to 100,000 or they'll do it but despite all the warnings the Gov. and legislative officials has made no attempt to reduce the over crowding nor fix the California sentencing law, as California reply is either ask for contiunes from the District Court just to prolong this matter or to ship inmates to another state by force to serve their sentence in order to recieve their Federal money for prison but at the same time their violating inmates constitutional right as that is cruel and unsual as inmates are being striped from their families a second time which is cruel in it self and being sent 3,000 miles to another prison to serve their remaining time in another state even thou that inmate committed no crime in that state, the word of law is if you committe a crime in California or in any state then you serve your

sentence in that state unless you have multi crimes or agree on such transfer or it is a hardship, but inmates at California prisons are literally being auction off to the highest bidder like a peice of cattle to other states against their well placing a mental hardship on the inmate and their families as well as a finacial burden on the inmates families not to say the inmates children, what it is doing to them mentally not being able to see their parent but the Gov and the Dept. of Corrections are still contuneing this cruel and unsual practice and illegal practice not to releave the over crowding but merely to recieve billions of dollars by manipulation to the other states as well as to the three judge panel and this court.

The very fact that inmate are recieving inadequate mental health care and medical care, and are being force to pay for the state inability to reduce the overcrowding or unwillness to do so as ordered by the three judge panel repeatly is cruel in it's self and what is also cruel is forcing inmates to sleep in a cold gymnasium which was not design to house inmates, this problem is statewide and is contributed to the state prison over crowding) medical care is almost inexistant I have seen two inmates friends of mines die needlessly due to lack of medical care both had life threatening medical issues such as me, image being an inmate witinessing your best friend dying or who has died and having to be the one to have to call or write his parents to tell them the truth how their son actually deid due to lack of medical care and finding out that the prison officials lied to his parents in regards to his death to keep from being sued that was the position I was placed into in regards to inmate Gary Bloodworth at CMF when I was there, that's not a comfortable feeling to be put in' yes when I say I am afraid I'll die in prison due to inadequate medical care' I've a right to have that fear due to my current life threatening medical conditions, due to the inadequate medical care in state prison and severe over crowding petitioner relief should be granted and ordered released and full discharge immediately ...

Living Conditions Related To over Crowding.

Current Release date 7-16-2011

The over Crowding of State prison's Has Rised Serious Constitutional Violation Issues, As not only inmates with Serious and life Threatening medical Conditions Are being Forced To live in Subdue living Conditions That is not Fit For Animals; As The Inmates Alone AT CRC live in poor And below Federal living Health Standards Where disease is And can be Fetal To An inmate with Life Threatening medical condition, under The U.S. Constitution Are protected From Cruel And Unsual punishment such As poor or unsafe living Conditions; As such As CRC which The Dorms Are in poor condition, meldue Rotten Floors And Showers And Serious Roach And Rodent problem, ETC.

As Far As The Rodent problem, Inmates often Find mice droppings in uncooked Food which Contaminates That Food which is often is undected or when dected A portion That is contaminated is removed And The rest of That For cooked And served To inmates, And The pans ETC. Are Washed but not Throughly And Food From The Night before or Two days Ago Are often left on The pans And used over And over again This Rises serious Health Condition's which The Governor nor CDC Refuses To address in doing everyday Inmates like me even non medical Inmates Are placed in serious Health Risk or Risk of Dying everyday The Conditions Here And Across The State is unAcceptable even under Federal Standards And The Conditions Are getting Alot worse As The population Increases above 173,000 No Animal would be Allowed To live in These Condition's such Institution would be Immediately closed Down by state And Federal Health officials, so why is it ok For Inmates To live in This Condition's not Fit For Animals only To get worse.

of my crime which I Had Committed NO Violent Act in This crime or prior Actual Violence Therefore by your own Ruling of Dec. 2007 I Am legally Entitled To 50% Credit NOT 15% which is unconstitutional And illegal Based on Federal Sentencing guidelines by me serving over The Amount of Sentence I should Have if I would Have been given The Appropiate Credit I would Have done my sentence And Parole Time, As CDC Staff Stated To me when I addressed This Issue According To Them if The Court sentence you To 10 yrs CDC Tacts on 2 additional yrs because They Feel They can or if your crime is Serious but NOT Violent As my particular crime is CDC Raises To Violence And gives you 85% Despite what The court stated And Classified your crime is I was Deliberately Told what The court Sentence me To or Classified my crime As CDC will Classify it different And Toss out what The court ordered because your in CDC now, what CDC is doing To Thousands of Inmates And Have done To me by over Riding The Court is illegal And out Side There legal Jurisdiction As CDC duty is To Incarcerated The Inmate NOT To play God! or Judge or Jury And Excutioner As They Are doing And Continue To do Til This day.

5

Has been Issue To Inmates such As Inmate was given For His exposure To Arsenic poisoning This goes To cause To Inadequate Medical Care or Humane Care or decency of Those The State Soley Incarcerate As prison officials Talk down on us And our Families And violate our Constitutional Rights daily with disregard To The Laws or Rights because They can we live AT CRC in unsafe poor Nelgectful conditions That seriously pose An risk To All Inmates Health or life Including Those with serious Medical conditions prison officials As well As The Governor witness personally And Stated during His visit AT CRC, That The Conditions Here Are unAcceptable but yet Inmates with serious life Threatening Are placed AT substantial Risk Daily Due To These conditions As well As The INadequate medical Care which I Have or Am Receiving As well As Countless other Inmate Through out The Dept. if you Have A medical problem And you put in A sick call Slip To see The Doctor iT Takes Approx 3 To 4 weeks To just see The Doctor by That Time The problem got Worse, if you ever see one. Failure To provide Adequate Medical Care does violate The Eighth Amendment of The United States Constitution against Cruel And unusal punishment

## Prayer Relief

Petitioner's Immediate Release From Custody As well As Full Discharge From The Dept. of Corrections.

Additional Prayer Relief

Petitioner Here by Request That This Court Issue A Writ of Habeas Corpus To Have petitioner brought before This Court To The End That He may be discharged From The unconstitutional Confinement and Restraint, or petitioner may be Relieved of His unconstitutional sentence.

In Addition To seeking The Ultimate Relief petitioner Also welcomes whatever Types of Intermediate Relief Such As The Form of adjudication procedures, petitioner Also Invite The Court To grant Such other Relief As may be appropriate And to dispose of The matter as law and justice requires.

Plaintiff Formally Request That if such petition is granted When petitioner Appears before This Court That He is Returned To The prison with U.S. Marshal's To Retrive petitioner's personal property As A Free person, or Release order with Full Discharge or early parole out of State To Buffalo, N.Y.

Anthony A. [signature]
Plaintiff's Signature

Dated ON
6-18-08

'Fundmental Relief'

1.

The Court Has An Fundmental obligation To Review This petition And The Facts Stated.
If The Court Reviews This petition in it's True Form As petitioner Hopes And prays That This Court Will Consult with Judge Henderson And The other Two Judges on The Three Judge penal in The Northern District Hearing The Case of State prison over Crowding before This Court make it's Ruling on This petition on it's merits Relate To The law suit Filed in Regards To The over Crowding in which Judge Henderson is part of Hearing such Case ongoing.

2.

Shall This Court grant one Fact or any Ground in This Entire petition, Then, petitioner's Entire petition And Relief must be granted As well As This petition does Relate To The plata v. Davis settlement As well As The State prison over Crowding matter Currently Before The Northern District, petitioner Has Exhausted All State Remedies And present All Claims in This petition To The California Supreme Court, Therefore petitioner Seeks Relief As Stated in The Petition before This Court which is appropriate in This matter Considering All Facts And The Issue of over Crowding And inadquate medical Care.
Relief must be granted by This Court

1

Please Take Special Notice To Restitution

When petitioner First Arrived At Corcoran State prison In 1997 To Start Serving An 18 yrs Sentence The prison Was A Ware That petitioner Had Restitution of $2,000 In 1997 petitioner Recieved Monthly Avg of 20,00 To $25,00 From His Grandmother Evelyn B. SHARP of Buffalo, N.Y. The Whole Time He Was There until 2001 Money Was Taken out of Such money monthly To-Words That Restitution by The prison Trust office in 2001 I Was Transfered To California Medical Fac. I Still Contiuned To Recieve Money From Home on Nov. 12. 2004 my Grandmother pasted away my Income Was Very little As I did Have A prison Job And Was being paid .08 An Hour As A porter Then my mother's Sister Started Sending me money Monthly 'yes money Was Taken out As like Corcoran As I Assumed The money That Was Taken out Was going Towords my Restitution but in 2007 my mother got Very ill And I Submitted The necessary paper Work To initiate A Hardship Transfer to New york That's When I First learned The Whole Time I Had been AT CMF The money Taken out Did not go Towards my Restitution Sacramento Was Called after I Arrived Here AT CRC From CMF As (CCI) Agner placed such A Call To Sacramento to See How much I owe As CRC Trust Had no Record once Contacted Sacramento SHe Was Told That They Had no Record

2

of my Restitution or ever Recieving Money Towards my Restitution at the Time.

Therefore if Sacramento nor CMF Had any Records of Restitution For me or ever Recieved Money From Corcoran Then Where did That Money go For 4 yrs And Why when Transfered To CMF Money Still Continue To be Taken What Happen To me was wrong And A burden To my Family And A Emotional Roller Coaster For me and my Family As I was not Allowed my Hardship due To one Reason my Restitution of $2,000 Had To be paid in Full First As I Talked it over with my Family And we'll not pay it off in Full based on one matter of principible we Feel That The State Should And must Share in The Remaining Burden of The Restitution For There misHandle of The matter between Corcoran CMF and CRC And why Should not Have To bare nor I For The States era So I Feel it's only Right in The Interest of Justice For both Side involved That The Remaining State Restitution be Waived or petitioner pay only Half of the Current Balance And The State Waive The other Half Therefore This petition in it's Entire must be Fully granted.

'See petition Filed To San Diego Superior in Re: To The Waiver of Restitution And ...

# EXHIBIT A

# EXHIBIT

4

The inadequate medical I Am Recieving As Well As other prisoners Violates The Eighth Amendment As Well As The ADA Act of 1996 Therefore This Court Must Render A Judgment in petitioner Favor under The circumstances.

Issues of Consideration Factor:

In 1997 petitioner was Sentence To 18 yrs As A plea Bargin As petitioner was unaware That California Sentencing laws was unconstitutional And Judges could not give Any Type of EnHancement without A Jury Trial.

As The U.S. Supreme States Any Fact That Increases The penalty For A Crime beyond The prescribed Statutory maximum must be Submitted To A Jury And proved beyond A Reasonable doubt. Cutlingham V. California

The State Has not Even Attempted To Fix The California Sentencing Law As ordered by The U.S. Supreme Court When The Honorable Judge Thomas And Henderson of The District Court ordered The State of California To Fix It's Over crowding The State Still Have not done so And Wont As They Are leaving it To The District Judges.

Petitioner should be looked At by This Court As Well As Judge Thomas And Henderson For A medical Release And Discharge [redacted] due to Prison over crowding And His medical Condition, Which Would Allow petitioner To Care For Him Self And Recieve The proper Medical Care As I Would Have Vetran Benefits Coming due To my Father And The State Would not Have The Responsibility or Cost of Any medical Care That Would occur [redacted]

Not only me but All Medical Inmates in States Should be looked At For The First Stage of Releases under 5 yrs due To continue Cost To provide Adequate medical Care To inmates such As me [redacted]; under ADA Act Which I Am A plaintiff of !

[redacted]

[redacted]

ExHibiT

(c) ______

(d) ______

(e) ______

(f) ______

(5) Date of decision: ______

(6) Result ______

(7) Was an evidentiary hearing held? ☐ Yes ☐ No

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the facts supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

**CAUTION**: *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present all of your grounds to the California Supreme Court.

a. Ground one: Inadequate Medical Care IN Dept. of Corrections

(1) Supporting FACTS: ADA ACT of 42 U.S.C. Armstrong V. Wilson

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☒ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☒ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☒ No

b. Ground two: INCompetent Medical STaff

(1) Supporting FACTS: INMaTe Guzman (Deceased) died Due To INCompetent Departmental Medical STaff. IN The Case of Gary Bloodworth who died while AT CMF last year from a Massive Heart Attack AFTer Complaining of Chest pains which Medical Ignored

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☒ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☒ No

~~See~~ Attached Exhibits.

1. Los Angeles Times Report on overcrowding

2. Report From The City of Norco (Forth Coming)

Dated on
6-18-08

Respectfully submitted
Anthony A. Sharp

EXHIBIT (6)

Los Angeles Times




http://www.latimes.com/news/printedition/california/la-me-prisons17feb17,0,2552902,full.story
*From the Los Angeles Times*

## California prisoners serve overtime

**Times investigation shows that good behavior isn't properly counted; errors could cost $44 million in this fiscal year.**

By Michael Rothfeld
Los Angeles Times Staff Writer

February 17, 2008

SACRAMENTO — The counselor at Salinas Valley State Prison paid a surprise visit to Nicholas Shearin's cell with good news: He would go home in two days, after a decade behind bars.

She did not mention that he should have been freed eight months earlier.

Shearin was among as many as 33,000 state inmates whose sentences may have been wrong because they were not given all the time off they earned for good behavior and for working in prison.

Records obtained by The Times show that in August, the state sampled some inmate cases and discovered that in more than half -- 354 of 679 -- the offenders were set to remain in prison a combined 104 years too long. Fifty-nine of those prisoners, including Shearin, had already overstayed and were subsequently released after serving a total of 20 years too many, an average of four months each.

Shearin, 38, who is living with his parents in Hawthorne and looking for a job, went to prison for armed robbery. He received less than a third of the good-behavior credit he was due on a second crime, assaulting another inmate.

Shearin said he had told the corrections staff that he was entitled to more time off his sentence.

"I argued that point," he said. "I put in all the paperwork."

But "they did what they wanted to do at the Department of Corrections," said Shearin, who learned from a reporter that he had stayed in prison too long. "They just told me no."

The errors could cost the state $44 million through the end of this fiscal year if not corrected and more than $80 million through mid-2010. But California's overburdened prison agency waited more than two years to change its method of awarding credit for good behavior after three court rulings, one as early as May 2005, found it to be illegal.

Officials were giving some inmates 15% good behavior time instead of the 50% to which they were entitled. The state fixed release dates for only those inmates who requested it, according to a spokesman for the Department of Corrections and Rehabilitation, who said there was no evidence in Shearin's file that he complained.

Aside from the survey in August, the department did not change its methods for all prisoners until last month, when it began reviewing release dates. Officials said that with too little staff, antiquated computers, too many inmates and a web of arcane sentencing formulas, the job was unmanageable.

State Sen. Gloria Romero (D-Los Angeles), who chairs the Senate's public safety committee, said inmates have a fundamental right to a timely release. She criticized the prison agency's "arrogance in the face of the law to simply say that these people's lives don't matter, but they can just lock them away and essentially throw away the key."

Scott Kernan, the corrections department's chief deputy secretary for adult operations, defended the department. "Our staff struggle every day and do a wonderful job in calculating these cases and prioritizing the workload and getting these guys out," he said. "We're doing as much as we possibly can with the existing resources we have."

Five hundred workers, called case records analysts, compute sentences for 417,000 prisoners who enter or are transferred within the state prison system every year. In December, officials in the Service Employees International Union sued the state on behalf of the analysts, who are responsible for calculating the terms of 500 to 600 inmates each and who fear they can be held accountable for late releases.

The union has been warning prison administrators for 15 or 20 years that analysts were seriously understaffed, said Karen DeVoll, 47, an analyst at Sierra Conservation Center, a prison in Jamestown in the Sierra foothills east of Stockton.

From 2000 until 2004, the state paid $468,280 in legal settlements to prisoners who weren't released on time, according to a 2006 report published by Cal State Sacramento.

The cost of housing prisoners who should not be incarcerated is far higher. The state projected that for the 354 inmate cases reviewed in August, it would have saved $2.3 million if all had been released on time. Overall, failing to correct the errors could cost the state more than $110 million more over the next 15 years. But that figure does not include inflation, and union officials say it would be significantly higher.

DeVoll, who earns the maximum of $53,000 a year after two decades in her job, has decades-old computer systems that cannot calculate current sentencing formulas. She and her colleagues do most of their work, called audits, with pen, paper, calculators and file folders jammed with inmates' papers.

Prison administrators keep track of analysts' mistakes while also pressuring them to work quickly, DeVoll said.

"We get written up because we don't meet the expectation of how many audits we can do," she said. "They can get pretty complex. . . . You have to apply what case law he falls under, if he's . . . a violent offender, if he had two violent offenses, if he's getting DNA done. You have to make sure you do tracking for sex offenders."

Kernan said that despite the state budget crisis, the prisons plan to add 85 new analysts so that all questionable release dates can be corrected by September. But analysts will also have to review tens of thousands of additional prisoner records if legislators approve Gov. Arnold Schwarzenegger's plan to release some prisoners early to help close a $14.5-billion budget gap, and that could mean new delays.

Meanwhile, Shearin, who earned a degree from a long-distance program while in prison, hopes to find a job as a medical technicianat a hospital. He said he might already be employed had he not been kept in prison so long.

"I could have possibly got a job in a hospital easier," he said. "It was pretty bad and violent up there. . . . That was the most violent prison yard in California. . . . They didn't want to give nobody a break."

Some inmates who were released late said they were told they were being let out early. When Dale Hamblin, 35, an accountant, was sent home unexpectedly in August, a prison counselor told him he had "hit the lottery."

In fact, Hamblin had stayed nine months too long, as he learned from a reporter. He had been scheduled for release Jan. 12 of this year, until the state's revised calculations showed he should have been let out Nov. 26, 2006.

Hamblin went to prison for driving under the influence of alcohol in connection with a 2003 accident near his Shasta County home. He said he didn't ask any questions when he was told to go home.

State officials said they found no evidence in his file that he had complained about his release date. But Hamblin said he had suspected he was due more good-behavior time, and his petition to receive it had been turned down.

"I did something wrong and I hurt two people, and you have to pay your penalties for that," Hamblin said.

"But if I'm being responsible and following the rules, that includes everybody else, too. . . . Obviously the [Department of Corrections] kind of ignored that."

michael.rothfeld@latimes.com

---

If you want other stories on this topic, search the Archives at latimes.com/archives.

TMSReprints

Article licensing and reprint options

Copyright 2008 Los Angeles Times | Privacy Policy | Terms of Service
Home Delivery | Advertise | Archives | Contact | Site Map | Help

partners: ktla cw Hoy

Exhibit 1

Date Transmitted: 8/29/2007 12:20:21 PM

2:07-CV-04920

Anthony Andre Sharp
California Rehabilitation Center
PrisonerID CDC K-41609
PO Box 3535
Norco, CA 92860

Number of Pages: 6

***It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.***

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8/8/65

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
AUG - 8 2007
CENTRAL DISTRICT OF CALIFORNIA

Scan only

SCANNED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ANDRE SHARP,<br><br>Petitioner,<br><br>v.<br><br>CAL. DEPT. OF CORRECTIONS,<br><br>Respondent. | CASE NUMBER<br><br>CV 07-4920-CJC (RCF)<br><br>NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND THE LODGING OF PROPOSED JUDGMENT AND/OR ORDER |

TO: Anthony Andre Sharp, Pro Se
CDC K-41609
California Rehabilitation Center
PO Box 3535
Norco, CA 92860

You are hereby notified that pursuant to the Local Rules Governing Duties of Magistrate Judges, the Magistrate Judge's report and recommendation has been filed and a proposed judgment and/or order has been lodged on August 8, 2007, copies of which are attached.

Any party having objections to the report and recommendation and the proposed judgment and/or order shall, not later than August 31, 2007, file and serve a written statement of objections with points and authorities in support thereof before the Honorable Rita Coyne Federman, U.S. Magistrate Judge.

Failure to so object within the time limit specified shall be deemed a consent to any proposed findings of fact. Upon receipt of objections, or upon lapse of the time for filing objections, the case will be submitted to the District Judge for disposition. Following entry of judgment and/or order, all motions or other matters in the case will be considered and determined by the District Judge.

The report and recommendation of a Magistrate Judge is not a final appealable order. A notice of appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until entry of a judgment and/or order by the District Judge.

CLERK, UNITED STATES DISTRICT COURT

Dated: 8/8/65

By: B. Hall
Deputy Clerk

Attachments

DOCKETED ON CM
AUG - 8 2007
BY 167

4

FILED
CLERK, U.S. DISTRICT COURT
AUG - 8 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ANTHONY ANDRE SHARP,
Petitioner,
v.
CAL. DEPT. OF CORRECTIONS,
Respondent.

No. CV 07-4920-CJC (RCF)

REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This Report and Recommendation is submitted to the Honorable Cormac J. Carney, United States District Judge, pursuant to the provisions of 28 U.S.C. § 636 and General Order 05-07 of the United States District Court for the Central District of California

Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody on July 31, 2007. For the following reasons, the Petition is subject to summary dismissal pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

<u>Petitioner's Claims</u>

The Petition asserts the following grounds for federal habeas corpus relief.

1. The medical care provided by the California Department of Corrections is inadequate.

2. Medical staff members in the California prison system are incompetent

(3)

3. Petitioner's sentence was illegally enhanced, in violation of Cunningham v. California, 127 S. Ct. 856 (2007).

4. Petitioner received an illegal sentence, in violation of Cunningham v. California.

5 The State failed to take funds from Petitioner's prison account to satisfy a restitution order.

## Discussion

### A. Cognizability of Claims for Medical Care and Restitution Payments

Federal habeas relief is available if it is established the petitioner is "in custody in violation of the Constitution or laws or treaties of the United States." 28 U S.C. § 2254(a). Petitioner's allegations concerning medical care and restitution payments are not cognizable on federal habeas review. See Preiser v. Rodriguez, 411 U.S. 475, 500 (1973)(habeas provides a remedy for a state prisoner who challenges the fact or duration of his confinement and seeks speedier release); see also Estelle v. Gamble, 429 U.S. 97, 106 (1976) (considering prisoner's allegation of inadequate medical care under 42 U.S.C. § 1983).

### B. Exhaustion of Cunningham Claims

The Petition indicates that Petitioner has not presented his claims under Cunningham v. California to the California Supreme Court. "An application for a writ of habeas corpus on behalf of a person in custody pursuant to the judgment of a State court shall not be granted unless it appears that the applicant has exhausted the remedies available in the courts of the State." 28 U.S.C. § 2254(b)(1)(A); see Duncan v. Henry, 513 U.S. 364, 365 (1995)(per curiam). The exhaustion requirement is satisfied when the substance of a petitioner's federal claim has been fairly presented to the state's highest court Castille v Peoples, 489 U.S. 346, 351 (1989).

Based upon the Court's review of the record, Petitioner has not presented any of his habeas claims to the California Supreme Court He still may be able to present those grounds to that court.[1] See In re Harris, 5 Cal. 4th 813, 825 (1993) (noting that "[h]abeas corpus has

---

[1] The Court expresses no opinion concerning whether a subsequent state petition might be procedurally barred by the principles discussed in In re Clark, 5 Cal. 4th 750, 763-87 (1993)

become a proper remedy in this state to collaterally attack a judgment of conviction which has been obtained in violation of fundamental constitutional rights"). Because Petitioner has failed to exhaust his state remedies as to each and every habeas claim presented in the Petition, the Petition should be dismissed without prejudice to its refiling after Petitioner has exhausted his state remedies. See Rose v Lundy, 455 U.S. 509, 522 (1982) [2]

**Recommendation**

For the reasons discussed above, IT IS RECOMMENDED that the Court issue an Order: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered dismissing the Petition without prejudice.

DATED: August 8, 2007

RITA COYNE FEDERMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Petitioner is cautioned that a one year limitation period applies to federal habeas petitions. See 28 U.S.C. § 2244(d). Nothing in this Report and Recommendation should be construed as expressing any view as to the timeliness of any future federal habeas petition.

LODGED
CLERK U S DISTRICT COURT
AUG - 8 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY ANDRE SHARP, Petitioner, v. CAL. DEPT. OF CORRECTIONS, Respondent. | No. CV 07-4920-CJC (RCF) [PROPOSED] ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and the attached Report and Recommendation of the United States Magistrate Judge. The Court adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the Petition without prejudice

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment by United States mail on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED. ____________________

____________________
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

LODGED
CLERK, U.S. DISTRICT COURT
AUG - 8 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY
SCANNED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY ANDRE SHARP, Petitioner, v. CAL. DEPT. OF CORRECTIONS, Respondent. | NO. CV 07-4920-CJC (RCF) [PROPOSED] JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: ____________________

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

'CASE LAW'

Where N.Y. STATE PRISONER'S deprived OF good Conduct Time-Credits allegedly Without due process Sought No damages but only injunctive Relief TO Compel Restoration OF Credits Which in each Case Would Result in Immediate Release From Confinement.

- determination of entitlement TO Immediate Release or Speedier Release From such Imprisonment. Essence of habeus corpus" is attack by person in Custody upon legality of That Custody and Traditional Function of The Writ is to secure Release From illegal Custody.

petitioner is unlawfully Subjected TO physical Restraint From Standpoint of availability of habeas Corpus Relief, Where A Statute under Which he Was Convicted is unconstitutional.

-'petitioner statement'-

petitioner willingness TO accept parole instead of Full discharge Will be acceptable TO petitioner but only on one Condition That This Court order petitioner's TO serve 1 yr MAX on parole in The State of New york With petitioner's Mother Terri L. SHARP 468 AMHERST ST. Buffalo N.Y. 14207 (716) 605-4119 Court Can Verify Such person And Address petitioner Welcomes This verification petitioner does pray For His Immediate Release And Discharge or parole Respectfully Submitted

The Supreme Court, Mr. Justice Stewart Held That when A State prisoner Though asserting Jurisdiction under The Civil Rights Act is Challenging The very Fact or duration of His physical Imprisonment. overcrowding although The Conditions Resulting From over crowding May be Cruel, AN Inmate May File A lawsuit and or A writ For Relief in State or Federal court or even Both, convicted prisoners are entitled To adequate Food, Clothing, Shelter, Sanitation And Medical Care and personal Safety As Any other Inmate or prisoner.

Violation of The Constitution, laws, or Treaties

in order to meet The substance, or Federal question, prerequisite To habeas corpus subject-matter Jurisdiction, The prisoner must establish That [H]e is in custody in Violation of The Constitution or laws or Treaties of The United States.

Eighth Amend / Inadequate Medical Care

Rumbaugh V. Procunier 753 F.2d 395

Smith V. Armontrout 812 F.2d 1050

Bailey v. Faulkner, 765 F.2d 102

Toney-el V. Franzen 777 F.2d 1224

Preiser V. Rodriguez 411 U.S. 475

Plata V. Davis

Inmates v. California (overcrowding suit northern Dist.)

ADA Act.

OURT PAPER
TATE OF CALIFORNIA
TD. 113 (REV. 3-95)
SP 98 10924

2

# 'Fundamental Rights'

Fundamental defect which inherently results in a miscarriage of justice" or (ii) present "exceptional circumstances where the need for the remedy afforded by the writ of habeas corpus is apparent, As A Rule Therefore all properly exhausted and preserved Federal Constitutional Claims challenging the legality of the state's holding the petitioner in custody, or the terms, duration and conditions of that custody, are cognizable in habeas corpus, Also cognizable are custodial challenges premised on serious violations of limited set of Federal statutes and treaties that bear on the propriety and conditions of criminal confinement by the states.

## Relief

Section 2243 of the Judicial Code requires the Federal Courts to "dispose of habeas corpus petitions] As law and justice require. Originally, those Courts confined the ultimate relief available in habeas corpus proceedings to order requiring the petitioner's unconditional discharge from custody.

Orders requiring the prisoner's unconditional release from custody remain in the modern pantheon of potentially appropriate habeas corpus remedies.

Therefore petitioner is entitled to the relief sought in this petition either his unconditional release and discharge from custody or 1 yr parole

(see personal impact statement)

in The State of New york Immediately due to The sevre over crowding which Has And is Resulting inadequate Medical Care inmate deaths And injuries And due to The illegal Sentence And considering That petition was sentence under State Law but is serving Federal Time under Federal Sentencing guidelines of 85%. Also petitioner is Entitled to Have His Restitution waived in Full or in part due to The circumstances And double jeopardy.

Therefore This petition under The circumstances must be granted in Full And The Dept. of Correction as well as California Rehabitation Center must be informed Immediately of The order by The Court to Immediate Release And Fully discharge petitioner And to waive in Full His Restitution. That petitioner shall be Released within 24 hrs of The order without parole unless This Court state otherwise, to prevent any Further miscarriage of justice or violation of The U.S. Constitution, Etc.

Dated on
6-18-08

Respectfully submitted
Anthony A. Shaw

Mailing Address of CRC
M. Montel Warden
Calif. Rehabitation Center
5th & Western Ave PO Box 1841
Norco, CA. 92860

1. 'Personal Impact Statement'

I Anthony Andre Sharp a petitioner in this said petition was born on Nov. 19, 1966 in the City of Buffalo New York and to the parents of Terri' Sharp, and Ollie Sharp a veteran of World War II.

Petitioner hereby gives his personal account on how his illegal incarceration has had an impact on his life as well as his family but also emotionally as well as financially and has had an major impact of petitioner's over all health, petitioner has a life threatening kidney disfunction from birth but prior to 1996 petitioner's general health was good but in 2005 petitioner while at CMF was diagnosed with Type II diabetics and proscribe an Experiencemential diabetic drug which no one knew what the actual side effects was I took such drug for 2 yrs but on Oct 10, 2007 I was diagnosed with a life threatening heart problem that was linked to this drug (Avandia) since Oct petitioner has suffered 3 minor heart attacks, to be honest I am scared that I'll die in here not by the hands of another inmate but by the hands of incompetent medical staff who are poorly trained and the condition of the prison and hospital which we often see roaches raccoons living with the walls leaving droppings on the floor these conditions are cruel [illegible] it's cold and I [illegible] [illegible] the stress [illegible]

2.

of medical Care, The emonous stress of The Severe over Crowding And give iT my medical Condition I'll Die in Here before I Am Released.

One of The worse Feelings That any person That is incarcerated or not is watching Their best Friend or Family member die in Front of Them Due to He was Denied medical Care which Could save That persons life That was The Case with my Friend AT CMF who died in Front of my eyes From A massive Heart Attack due to iT was A weekend And medical Staff Did not want to see Him. The needless death of Gray Bloodworth Could Have been prevent only if He would Have gotten The medical Care That He was EnTiTled to I live with That night mare every day saying iT Can be me. How many other Bloodworth's or Guzman's or Jersey's will be Allowed to die due to inadequate medical Care or denied medical Care.

When An Inmate is Incarcerated iT is Hard on That Inmate, Their Children And Rest of Their Family but When A person such As Their mother or Grandmother dies iT Has A dramatic Effect on That Inmate mental Stress And physical Condition, That was The Case with me as on Nov. 12, 2004 while AT CMF I was informed That my Grandmother Evelyn R. Shore died AT Home

3.

in Buffalo, NY Correctional officials INFormed me That I Could go To my grandmother's Funeral but under certain conditions That I'd Have To Find (3) officers who would Voluntary be willing To Escort me And I'd Have To pay All Cost including The officers Salaries in which 4 officers was willing To Escort me To N.Y. I was Told That I would need $5,000 up Front So I Notified my Family who was Able And Willing AT That Time To Send The money (3) days before The Funeral The Dept. OF Correction denied me That devestated me As Well As my Family That news Caused me To go into A deep depression, my grandmothe meant The World To me SHe Raised me For The First 13 yrs of my life in Her Home, SHe Taught me The Values of Respecting my Self And others SHe kept me Away From gangs SHe Satisified Things SHe Wanted To Make Sure I Had SHe believed in me when I did NoT believe in myself SHe Taught me The meaning of Courage And pride Taught me How To love mySelf And Honor INTigity And Responsibity my grandmother despite who my Real Father was And All That I was puT Through As A kid SHe never gave up on me SHe SHeilded me From The pain of knowing who my Father was being So young noT because SHe wanted To buT because I was To young To understand And because SHe loved

4.

me And did not want me to think Any less upon This person who I knew As my grandfather I never felt so Helpless in my life or so more confused The Day she died As it is if A part of me died never given the oppurtunity to say Bye one last Time or I love you And never will As my grandmother was creamated And Her Ashes Thrown over the ocean per Her wishes Til This day That still Hurts me I was looking Forward to seeing my grandmother again, I still Have love one's who love me And want me to come Home My mother illness Has Taken A Toll on her And me I can not lose Her either while in Here it would kill me I love my mother & sisters And They need me Home Since I've been AT CRC I Have Taken Business Classes And done everything to be A better And productive Citizen when I Am Released And Has set goals For my self.
due to The illegal Sentence And Inadequate medical care And over Crowding I should Have been Release aleast 2 years ago if I'd Have gotten the proper Credit of 50% not 85%. petitioner is not Asking For sympathy From This Court but dont This Court Think petitioner Has Suffered enough Through out His life And Should be given A Chance to Fulfill His goals by being given His Immediate Release on parole in [illegible] or discharge due to [illegible] Conditions

Exhibit (A)

petitioner wanted to provide medical and mental health documentation of petitioner as evidence to support petitioner's ground for inadequate medical care as petitioner present this petition today before this court asking that the relief request be granted petitioner has been waiting 8 months to see a cardiologist specialist for petitioner's heart murmur as the prison nor the Dept. is in no rush to have me examined by such specialist which pose a substantial risk to my life.

The additional documentation provided gives an in sight of petitioner's mother, who was an addict for over 10 yrs as her drug of choice was cocaine my mother biggest supporter besides me and my sisters was my grandmother after years of drug abuse my mother made a descison not only for her kids and family but for her self so in 2003 she got help and has been clean now for almost 6 yrs now my mother has recieved many citations of awards for her efforts and time she spends with other drug addicts in treatment programs in counseling them and sharing her story she has been requested by other states to talk to their drug offenders and law enforcement officials as her latest was at the law enforcement Adcummany in Buffalo N.Y. my mother has also recieved awards from one of her biggest supporter today Honorable Rubent          of the drug court of Buffalo my mother full support me and believe in

Exhibit A

| DATE | TIME | PROB # | |
|---|---|---|---|
| 10/16/07 800 | | | S: (history includes details pertinent to the patient's medical complaint) |
| | | | RCC: DM2 / Asthma / CKD / glaucoma / Angina pectoris / Heart Cm. Called to UC for medications reevaluation. |
| | | | Pt has been put on Metformin since 2006 for DM control. No CP / SOB / swelling today. |
| | | | O: (physical assessment) T: 97.3 P: 74 R: 16 B/P: 110/77 Wt: 210 lbs |
| | | | - Alert oriented x 3. (9/2007) Cr: 1.5 |
| | | | - JVD. |
| | | | - CV: S1 S2. |
| | | | - Lung: No rales. |
| | | | - Ext: edema |
| | | | - Neuro: deficits. |
| | | | A: (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| | | | 1) DM2 HbA1c 6.8. Stable clinically. |
| | | | 2) CKD. Cr 1.5 on Metformin. |
| | | | P: (MTA -- referral to a higher licensure for prioritization and evaluation.) (RN -action to be taken by the RN so that the patient receives appropriate medical care.) |
| | | | → D/C Metformin |
| | | | → Start glyburide. |
| | | | E: (education provided) About medication (Metformin) Understand / Agree with plan |

INSTITUTION California Rehabilitation Center ROOM / WING [redacted]

OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES

Sharp A

K41609

CDC 7254 (8/89)

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

Exhibit

# NAPA VALLEY IMAGING CENTER

RADIOLOGY MEDICAL GROUP OF NAPA, INC. 1000 TRANCAS ST NAPA, CALIFORNIA 94558

RICHARD F. HATTON, MD
DANIEL H. BUNNELL, MD
F. RONALD HETRICK, MD
CHRISTOPHER J. SCHULTZ, MD
ANDREW J. NICKS, MD
DEAN M. GENES, MD
BRUCE N. TROUP, MD
CHRISTIAN B. ANDERSON, MD
JAMES R. KNISTER, MD
DAVID E. GOLLER, MD

PHONE 707-257-4064 FAX 707-257-4169

CT NAPA VALLEY IMAGING CENTER

## ABDOMEN W/WO CONTRAST - Signed Report

EXAMINATION: CT ABDOMEN WITH AND WITHOUT CONTRAST
INDICATION: LEFT ADRENAL MASS

TECHNIQUE: A 16-slice MDCT volumetric acquisition was obtained through the abdomen before and following bolus intravenous contrast administration and during the excretory phase of the kidneys. No prior examination is available for correlation.

FINDINGS: Both adrenal glands are normal in size and shape. The left kidney is atrophic and dysplastic. This may be secondary to a congenital UPJ obstruction or a congenital multicystic dysplastic kidney, which has atrophied. A minimal amount of poorly functioning renal cortex is present within the dysplastic left kidney.

The right kidney is normal in size, shape and position and demonstrates no evidence of mass, hydronephrosis or calcification.

The visualized lung bases are clear. No pleural or pericardial effusion is present. The heart is not enlarged. The liver and spleen are normal in size and shape. There is mild diffuse hepatic steatosis. No masses or biliary dilatation are present. The gallbladder is unremarkable.

No mass or pseudocyst is seen within the pancreas. The aorta is unremarkable. The right renal artery and central visceral vessels are unremarkable. No retrocrural mass or adenopathy is evident. The visualized bowel is unremarkable. No ascites or pneumoperitoneum is present. On bone windows, no destructive osseous lesions are present.

CONCLUSION:

1. NORMAL ADRENAL GLANDS BILATERALLY.

2. ATROPHIC AND DYSPLASTIC LEFT KIDNEY, WHICH IS VERY POORLY FUNCTIONING.

3. NO ABDOMINAL MALIGNANCY.



**PATIENT: SHARP,ANTHONY**
**UNIT #: QM02478853**
**EXAM: ABDOMEN W/WO CONTRAST**
DATE: 05/08/07
ORDER # : 0508-0019
ORD PHY: CALIFORNIA MEDICAL FACILITY
ADM PHY:
PC PHY: CALIFORNIA MEDICAL FACILITY

ACCT #: QV0005479823
AGE: 40 DOB: 11/19/1966

LOC: QNVICT
ROOM:
REPORT # : 0508-0119
#: K41609

CT NAPA VALLEY IMAGING CENTER

CALIFORNIA MEDICAL FACILITY - **Ordering Doctor Copy**

EXHIBIT

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 07-06-07 | 11^00 | 00: | Motrin 600 mg po tid prn ē food; Robaxin 750 mg po tid x 10 days |
| Noted 7.6.07 | | | Dr. Lee / [illegible] |
| 7/27/07 | 0900 | | (1) Metformin 250 mg ṕ QAM. x 90d |
| | | | labs: HbA1c, Chem, Lipids. |
| | | | F/u in 30d |
| | | | [illegible], MD |
| | | | TRO |
| | | | noted by [illegible] 7/27/07 925 |
| 8/9/07 | 0850 | | (1) D/c [illegible] order |
| | | | (2) Prednisone 10 mg PM x 90 days |
| | | | (3) Neurontin 500 mg PM |
| | | | (4) RTC 90 days |
| | | | [illegible] |

ALLERGIES: PCN, Peanuts

INSTITUTION: CRC

ROOM/WING: ~~303~~ 301-43

CDC NUMBER, NAME (LAST, FIRST, MI): K41609 Sharp, A.

Confidential client information See W & I Code, Sections 4514 and 5328

## PHYSICIAN'S ORDERS

CDC 7221 (2/00)
STATE OF CALIFORNIA OSP 05 93459 DEPARTMENT OF CORRECTIONS

Exhibit

FDA U.S. Food and Drug Administration



**Consumer Update**



# Stronger Heart Warning on Diabetes Drugs

FDA announced today that manufacturers of certain drugs approved to treat type 2 (non-insulin-dependent) diabetes have agreed to add the agency's strongest warning--"boxed"--on the risk of **heart failure**. This cardiovascular condition occurs when the heart does not adequately pump blood.

### Which Drugs Will Receive the Warning?

The upgraded warning emphasizes that the following medications in the class of antidiabetic drugs (thiazolidinediones) may cause or worsen heart failure in certain patients:

- Avandia (rosiglitazone)
- Actos (pioglitazone)
- Avandaryl (rosiglitazone and glimepride)
- Avandamet (rosiglitazone and metformin)
- Duetact (pioglitazone and glimepride)

These drugs are used together with diet and exercise to improve blood sugar control in adults with type 2 diabetes.

### What Does the Warning Mean?

- Addresses FDA's concerns that despite the warnings and information already listed in the drug labels, these drugs are still being prescribed to patients without careful monitoring for signs of heart failure.
- Advises health care professionals to watch patients carefully for signs and symptoms of heart failure, including excessive, rapid weight gain, shortness of breath, and swelling (edema), after starting drug therapy.
- Advises patients with these symptoms to seek immediate medical attention. Patients with questions about starting or continuing use of these drugs should contact their health care professional to discuss their individual treatment options.
- States that these drugs should not be used by people with serious or severe heart failure who have marked limits on their activity, are comfortable only at rest, or are confined to bed or a chair.

### Concerns about Heart Failure vs. Heart Attacks

The boxed warning action above is a separate issue from FDA's ongoing review of Avandia and the possible increased risk of **heart attacks** (ischemic risks). But the two issues are often confused.

The agency's Endocrine and Metabolic Advisory Committee and Drug Safety and Risk Management Advisory Committee recommended on July 30, 2007, that Avandia continue to be marketed, and further recommended that information be added to the labeling for risk of heart attacks (ischemic risks). FDA also will provide updates on this issue as information becomes available.

Exhibit

FDA U.S. Food and Drug Administration U.S. Department of Health & Human Services



# FDA News

**FOR IMMEDIATE RELEASE**
August 14, 2007

**Media Inquiries:**
Susan Cruzan, 301-827-6242
**Consumer Inquiries:**
888-INFO-FDA

## Manufacturers of Some Diabetes Drugs to Strengthen Warning on Heart Failure Risk

***Companies Will Include Boxed Warning on Drug Label***

The U.S. Food and Drug Administration today announced manufacturers of certain drugs approved to treat Type 2 diabetes have agreed to add a stronger warning on the risk of heart failure, a condition that occurs when the heart does not adequately pump blood. The information will be included in the form of a "boxed" warning—FDA's strongest form of a warning. The upgraded warning emphasizes that the drugs may cause or worsen heart failure in certain patients.

After a review of postmarketing adverse event reports, FDA determined that an updated label with a boxed warning on the risks of heart failure was needed for the entire thiazolidinedione class of antidiabetic drugs. This class includes Avandia (rosiglitazone), Actos (pioglitazone) Avandaryl (rosiglitazone and glimepiride), Avandamet (rosiglitazone and metformin), and Duetact (pioglitazone and glimepiride). These drugs are used in conjunction with diet and exercise, to improve blood sugar control in adults with type 2 (non-insulin-dependent) diabetes. FDA had asked the drug's manufacturers, GlaxoSmithKline and Takeda, to address these concerns.

"Under FDA's postmarketing surveillance program, we carefully monitor new safety information for marketed drugs and take appropriate action when necessary to inform patients and health care providers of new information," said Steven Galson, M.D., M.P.H., director of FDA's Center for Drug Evaluation and Research. "This new boxed warning addresses FDA's concerns that despite the warnings and information already listed in the drug labels, these drugs are still being prescribed to patients without careful monitoring for signs of heart failure."

FDA's review of adverse event reports found cases of significant weight gain and edema—warning signs of heart failure. In some reports, FDA noted, continuation of therapy has been associated with poor outcomes, including death.

The strengthened warning advises health care professionals to observe patients carefully for the signs and symptoms of heart failure, including excessive, rapid weight gain, shortness of breath, and edema after starting drug therapy. Patients with these symptoms who then develop heart failure should receive appropriate management of the heart failure and use of the drug should be reconsidered. People who have questions should contact their health care providers to discuss alternative treatments.

The warning also states that these drugs should not be used by people with serious or severe heart failure who have marked limits on their activity and who are comfortable only at rest or who are confined to bed or a chair.

Exhibit ● Supporting B Documentation ●

**Part Two: DIAGNOSTIC SECTION** Page 5 of 8 4/16/57 Critical Issue ✓

**VI. Mental Status Assessed By** ☐Interview ☐Observation ☐Record Review ☐Team Discussion

**A. Appearance** ☐ Dirty ☐ Disheveled ☐ Peculiar
☒Unremarkable ☐ Meticulous ☐ Excessive Makeup ☐ Other ☐ Neat
☐ Body type Stocky Identifying physical features: shaven head; scar on ...

**B. Behavior** ☐ Uncooperative ☒Withdrawn ☐ Evasive
☐Unremarkable ☒Lethargic ☒Slow ☐ Agitation ☐ Fidgeting
☐ Good eye contact ☒ Poor eye contact ☒Space Staring ☒Cooperative

**C. Speech** ☐Not English = ⇓ ☐ Slurred / garbled ☒Pressured ☒Slow
☐Unremarkable ☐ Loud ☒Soft ☐ Blocked ☐ Mute

**D. 1. Mood** ☐ Irritable ☐ Hostile ☐ Depressed ☐ Anxious
☐ Normal limits ☐ Detached ☐ Elevated ☒Euphoric ☐ Suspicious
☒ 2a. Appetite Good # Hrs. Sleep = 12 ☐ Insomnia ☐ Insomnia Situational ☒Demand Medication for Sleep.
☐ Over eat ☐ Interrupted
☐ Under eat ☐ Fair ☐ Poor ☒Weight Loss ☐ Weight Gain
☒2b. Sleep good.
3. Affect ☐Appropriate ☐ Labile ☐ Flat ☐ Blunted
☐ Sullen ☐ Dysphoric ☐ Affable ☒Constricted

**E. Cognition** Compare to Inmate Population.
1. Fund of Information ☐ Good ☐ Fair ☐ Low Average ☒Poor
2. Intellectual Functions ☐ Above Average ☐Average ☒Border ☐Retarded ☐(>70 IQ) ☐(>50 IQ)
3. Organization of Thought ☒Logical ☐ Illogical ☐ Incoherent
4. Association of Thought ☒Normal ☐ Loose ☐ Tangential ☐ Blocking ☐ Fixed
5. Reality Contact ☒Good, OK ☐ Fair ☐ Poor
6. Thought Quality (Content) ☐Abstract, OK ☒Concrete ☐ Very concrete

**F. Perception Disturbances** (Hallucinations) ☒Auditory ☐ Visual ☐ Olfactory
☐ None noted ☐ Tactile ☐ Gustatory ☐ Other:

**G. Thought Disturbances** (Delusions) ☐ Grandiose ☐ Paranoid ☐ Influenced
☐ None noted ☐ Bizarre ☐ Nihilistic ☐ Somatic ☐ Jealousy / Envy
☐ Religious ☐ Ideas of Reference ☐ Persecution ☐ Hopeless, Worthless

☒ * Abnormal Perception or Thought: Elaborate / Quote. Hears deceased sister's voice

**H. Sensorium**
1. Orientation: ☒All OK ☒Time, No ☒Person, No ☒Place, No ☒Situation, No
2. Memory: ☒Intact ☐ Impaired Recent ☒Impaired Remote ☐ Impaired, drift ☐ Poor
3. Attention: ☒Good ☐ Fair ☐ Hyper-vigilant
4. Concentration: ☒Good ☐ Fair ☐ Poor ☐ Impaired

| MENTAL HEALTH ASSESSMENT: Part One - History Section<br>Part Two - Diagnostic Section + Placement<br>Add-a-Page / Insert-a-Page<br>CDC Form MH 1 [2/6/96]<br>Confidential Client/Patient Information<br>See W & I Code, Section 5328 | LEVEL OF CARE<br>Inpatient<br>Outpatient | Last Name: Sharp First Name: Anthony MI:<br>CDC # K-41609 DOB _/_/_ |
|---|---|---|

EXHIBIT

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY ARNOLD SCHWARZENEGGER, *Governor*

DEPARTMENT OF CORRECTIONS AND REHABILITATION
California Rehabilitation Center
P.O. Box 1841
Norco, CA 92860-0991

**Inmate Name:** SHARP, ANTHONY **CDC #:** K41609 **Birthdate:** 11/19/1966

**In response to your request for Mental Health Records, we are providing you with this summary.***

1. **Chief complaint:** DEPRESSION

2. **Current Diagnosis: Axis I:** 311.00 DEPRESSIVE D/O NOS
   **Axis II:** 799.9 DEFERRED **Axis III:** See Medical File
   **Axis IV:** INCARCERATION **GAF:** 65

3. **Recommended Treatment Plan:**
   **Case Manager Contact Minimum of Every 90 Days**
   **Individual Therapy:** ☒ **Yes** ☐ **No** **Group Therapy** ☐ **Yes** ☒ **No**
   **Substance Abuse Program** ☐ **Yes** ☒ **No** **Psychotropic Medications:** ☐ **Yes** ☒ **No**
   **Other:**

4. **Summary of functioning while at CRC:** PATIENT HAS BEEN PROGRAMING SATISFACTORILY AND HAS BEEN AN ACTIVE PARTICIPANT IN HIS MENTAL HEALTH TREATMENT.

5. **Prognosis including any continuing problems:** FAIR GIVEN PATIENT CONTINUE PSYCHIATRIC MEDICATION AND PSYCHOTHERAPY

6. **Currently Prescribed Psychotropic Medications:** NONE

7. **Other (including any significant mental health history):** NOT APPLICABLE

☐ **See Addendum**

**Approximate length of time treatment has been provided at CRC:** 5/10/07 TO PRESENT

**Summary prepared by:** V. Branker, Psy.D **Date Prepared:** 3/7/08

**Clinician Name and Title:** V. BRANKER, Psy.D PSYCHOLOGIST
CA. LICENSE PSY15530

*California Health & Safety Code 1795 allows a Mental Health Provider to prepare a summary of records.

EXHIBIT

Lifetime Health medical group

Date: 04/05/2007

00526378 [MM]
**Sharp, Terri L.**
F57 (11/07/49)

To Whom It May Concern,

Ms Sharp has been under my care for several years for chronic medical conditions which are unstable at this time. In addition she experiences pain on a regular basis requiring pain management and physical therapy. At the present time patient is undergoing additional evaluation by several specialists. She has been on disability due to her medical conditions.

I strongly advise that Ms. Sharp remains under our care until her condition improves.

Please feel free to contact me if you need additional information at 716-878-2700 or
899 Main St, Buffalo, NY 14203

Truly,

Hyppolite MD

Jenny Hyppolite, M.D.

CDC. K41609
SHARP, A.

EXHIBIT

April 23, 2007
468 Amherst St #
Buffalo N.Y. 1420[illegible]

Dear Warden Hubbart or
CCI Masuret

I am addressing this letter in regards to my Son Anthony A Sharp K41609.

I am his mother, and in this letter, you will note my sincere concerns relating to my son getting a transfere from the State of California prison system to New york for parole, in the near future.

I would first like to address What it would mean to me, and my daughter Taliska Rogers.

It would be a grand Blessing if my son could be released here in New york. I have not seen my son, since his incarceration almost 12 yrs now. I need, and we need, our family Back again. To have our Special Bonding Time.

Its Been such a long time without Anthony.

I am not in the best of Health and it would mean more worry, more problems for our family. Financially.

Page (2)

i have sent to you, a letter from my Medical Dr. regarding my health issues.
Enclosed also is other letter from my Peer Advocate relating to me. They will speak for themselves.
If my son Anthony could be released in Buffalo / as his mother I will do every thing possible to help Anthony adjust and establish housing, Employment, Counseling, whatever is needed.
I understand that he owes a restitution of $900.00 I would make sure that within a resonable Time, it would be taken care of.
Thank you for your consideration.

Ms Terri L. Sharp

# *Continuing Education Certificate*

*from the*

## Region II Rehabilitation Continuing Education Program

*This Certificate of Completion Has Been Awarded to*

## Terri Sharp

Address for Certification File | City, State, ZIP Code | CRC Certificate Number | FAX & Day Time Phone

*For attendance in*

## Strategic Planning

May 14, 2004

Buffalo, New York

David Burganowski

*David F. Burganowski, Ph.D.*

Sponsored by
Region II Rehabilitation Continuing Education Program
General and Community Rehabilitation Programs
State University of New York at Buffalo
Parker Hall, Rm 316 – 3435 Main Street – Buffalo, New York 14214-3007

Vendor Code #002

# ACTION

## FOR MENTAL HEALTH INC

## CERTIFICATE OF ACHIEVEMENT

This Certificate Certifies That

**TERRI SHARP**

Has successfully completed the

**ADVOCACY FOR EMPOWERMENT TRAINING CLASS**

Joseph Woodward, Executive Director

Teresa M. Cochran, Civic Empowerment and Advocacy Educator

April 16, 2004

**Location of Group**
**The Elmwood Clubhouse**
**12 Elmwood Avenue**
**Buffalo, NY**

# Rainbow of Hope

**Wednesday at 1:00 pm**
**Facilitated by Terri Sharp**
**(Terri is a graduate of Buffalo Drug Treatment Court**
**And is an active member of the Buffalo Drug Court Alumni Association)**



This group is for women and men who have been incarcerated or are seeking methods to prevent incarceration and are in need of peer and community support to deal with their issues.

Sponsored by Action for Mental Health, Inc.
1585 Kenmore Avenue
Kenmore, NY 14217
(716) 875-0581

For information call Diane E. Johnson
(716) 875-0581 ext. 14

Exhibit

# Coastline Community College
## Progress Report

| | | | | | |
|---|---|---|---|---|---|
| Course #: | 91046 | Instructor: | Gold, B./Lowther, G. | Date: | 04/02/08 |
| Course Title: | Bus 222 | Description: | Small Business Operation/Mgmt | Total No. of Tests: | 7 |
| Day/Time: | TV | Term/Year: | Spring2008 | Code: | |

Student ID: 02067528
Name: Sharp, Anthony A

| No. | Date | Test Name | Description | Possible Points | Score |
|---|---|---|---|---|---|
| 1 | / / | Quiz 1 | | 20.00 | |
| 2 | / / | Quiz 2 | | 20.00 | |
| 3 | / / | Quiz 3 | | 0.00 | |
| 4 | / / | Quiz 4 | | 0.00 | |
| 5 | / / | Midt 1 | | 100.00 | 45.00 |
| 6 | / / | Rept 1 | | 0.00 | |
| 7 | / / | Finl 1 | | 0.00 | |

| | | | |
|---|---|---|---|
| Comments: Please be aware that grades are subject to change, pending incoming assignments. | Total | 140.00 | 45.00 |
| | Score % | | 32.14 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

Thursday, June 26, 2008

**ANTHONY ANDRE SHARP K-41609**
**CRL DORM 311-32L**
**P.O. BOX 3535**
**NORCO, CA. 92860**

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV08- 4232 CJC (RCF)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number and also assigned the civil case number

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

[ ] District Court Judge ______________________

[X] Magistrate Judge **Rita Coyne Federman**

at the following address:

[X] U.S. District Court
312 N. Spring Street
Civil Section, Room G-8
Los Angeles, CA 90012

[ ] Ronald Reagan Federal
Building and U.S. Courthouse
411 West Fourth St., Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

[ ] U.S. District Court
3470 Twelfth Street
Room 134
Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change. If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: AGIGLIOT
Deputy Clerk