FILED
CLERK, U.S. DISTRICT COURT
JUL 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☒ U.S. Magistrate Judge Federman

From: B Hall, Deputy Clerk Date Received: 7/14/08

Case No.: CV 08-4232-CJC(RCF) Case Title: Sharp v. State of Calif.

Document Entitled: Letter to Court

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1 Document not legible
- ☒ Local Rule 11-3.8 Lacking name, address, phone and facsimile numbers
- ☒ Local Rule 11-4.1 No copy provided for judge
- ☐ Local Rule 19-1 Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1 Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1 Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6 Pretrial conference order not signed by all counsel
- ☒ FRCvP Rule 5(d) No proof of service attached to document(s)
- ☒ Other: Correspondence to Court pursuant to Local Rule 83-2.11

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date ______________ U.S. District Judge / U.S. Magistrate Judge

☒ The document is NOT to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

Date 7/24/2008 ~~U.S. District Judge~~ / U.S. Magistrate Judge [signature]

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.



GPO U.S. GPO: 2005-785-501/39155

(1)

United States District Court
For the Central District of California
312 N. Spring St. G-8
Los Angeles, California 90012

Anthony Andre Sharp v. State of California, M. Martel

CASE NO. CV08-4732-CJC (RCF)

RECEIVED
But Not Filed
JUL 14 2008
CHAMBERS OF
HON. RITA COYNE FEDERMAN

Terri Lee Sharp, mother of petitioner Anthony A. Sharp
'Mother's personal Statement' to the District Court. OR Affidavit

Dear Magistrate Judge:

My name is Terri Lee Sharp Mother of Anthony Andre Sharp K41609, who is currently finishing his sentence term at CRC Dorm 311-32L Norco, Ca. 92860.

I understand that, my son should be getting out by late 2008 or early 2009.

I would like the court to take this letter into consideration upon your decision for release.

There was a long period in my own life, that my Behaviors and actions caused chaos. Leading to drugs alcohol and illegal dealings. I was not there, support wise for Anthony. Over the years Anthonys Grand mother, my Mother, Mrs. Evelyn Sharp was Anthonys full support. She's now deceased, Heart Attack.