# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-4232-CJC (RCF) | Date | August 12, 2008 |
| Title | Anthony Andre Sharp v. State of California, et al. | | |

| | |
|---|---|
| Present: The Honorable | RITA COYNE FEDERMAN |

| Deputy Clerk | Court Reporter / Recorder | Tape No. |
|---|---|---|
| Barbara Hall | not recorded | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none present | none present |

**Proceedings: IN CHAMBERS ORDER RE REASSIGNMENT OF CASE**

On June 26, 2008, CV 08-4232-CJC (RCF) was assigned to the Honorable Rita Coyne Federman as a companion case. Judge Federman declines assignment of the case and it is being returned for random reassignment by Order of the Chief Magistrate Judge.

**IT IS SO ORDERED.**

:

Initials of Preparer BH