**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Anthony Andre Sharp<br>PLAINTIFF(S),<br>v.<br>State of California, et al<br>DEFENDANT(S). | CASE NUMBER<br>CV 08-4232 CJC (RCF)<br><br>**NOTICE OF REASSIGNMENT OF CASE** |

To: ALL COUNSEL APPEARING OF RECORD

☑ Pursuant to Order of the Court filed 8/12/08 you are hereby notified that this case has been transferred to the calendar of Frederick F. Mumm for:
☐ all further proceedings;
☐ any discovery matters that are or may be referred by the District Judge;
☑ any matters that are referred pursuant to General Order 05-07.
☐ other: ______

☐ All parties having consented to proceed before a United States Magistrate Judge, this case has been reassigned to Magistrate Judge ______ for all further proceedings.

On all documents subsequently filed in this case, please substitute the initials FFM after the case number in place of the initials of the prior judge so that the case number will read: CV 08-4232 CJC (FFM). This is very important because documents are routed to the assigned judge by means of these initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☑ Western ☐ Southern ☐ Eastern Division.

**Traditionally filed subsequent documents must be filed at the ☑ Western ☐ Southern ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.**

Clerk, U.S. District Court

8/12/08
Date

By Robert R. Nadres
Deputy Clerk

*cc: ☐ Previous Judge ☐ Statistics Clerk*