FILED
CLERK, U.S. DISTRICT COURT
AUG 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ____________ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ANTHONY ANDRE SHARP,
Petitioner,
v.
STATE OF CALIFORNIA, M. MANTEL,
Respondent

No. CV 08-4232 CJC (FFM)

ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody herein on June 26, 2008. It appears from the face of the Petition that petitioner is challenging a sentence imposed in the Superior Court of California for San Diego County, which is located within the Southern District of California. *See* 28 U.S.C. § 84(d).

A petition for writ of habeas corpus may be filed in the United States District Court of either the judicial district in which the petitioner is presently confined or the judicial district in which the petitioner was convicted and sentenced. *See* U.S.C. § 2241(d). Petitioner presently is confined at the California Rehabilitation Center in Norco, which is located in Riverside County and thus within the jurisdictional boundaries of this District (i.e., the Central District of California). *See* 28 U.S.C. § 84(c). Accordingly, jurisdiction exists in both the Southern and Central Districts.

When a habeas petitioner is challenging his underlying conviction or sentence, the district court for the district in which the petitioner was convicted and sentenced is a more convenient forum because of the accessibility of evidence, records and witnesses. Thus, it generally is the practice of the district courts in California to transfer habeas actions questioning state convictions/sentences to the district in which the petitioner was convicted and sentenced. Although two districts have jurisdiction to entertain the instant petition, any and all records, witnesses and evidence necessary for the resolution of petitioner's contentions are more readily available in San Diego County. *See Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Therefore, in furtherance of the interest of justice,

IT IS SO ORDERED that the Clerk of this Court transfer this matter to the United States District Court for the Southern District of California. *See* 28 U.S.C. § 2241(d).

IT IS FURTHER ORDERED that the Clerk of this Court serve a copy of this Order upon petitioner and upon the California Attorney General.

DATED: August 15, 2008

CORMAC J. CARNEY
United States District Judge

Presented by:

FREDERICK F. MUMM
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To:** Clerk, United States District Court
______________________ District of ______________
________________________________________
________________________________________

**Re:** Transfer of our Civil Case No. ____________________________________

Case Title: ____________________________________

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐ Original case file documents are enclosed in paper format.
☐ Electronic Documents are accessible through Pacer.
☐ Other: ____________________________________
____________________________________

Very truly yours,

Clerk, U.S. District Court

Date: ______________________ By ______________________
Deputy Clerk

*cc: All counsel of record*

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐ CivilIntakecourtdocs-LA@cacd.uscourts.gov (Los Angeles Office)
☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov (Riverside Office)
☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov (Santa Ana Office)

Case Number: ______________________

Clerk, U.S. District Court

Date: ______________________ By ______________________
Deputy Clerk