194, CLOSED, RELATED−DDJ, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division − Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:08−cv−04232−CJC−FFM

Anthony Andre Sharp v. State of California et al
Assigned to: Judge Cormac J. Carney
Referred to: Magistrate Judge Frederick F. Mumm
Related Case: 2:07−cv−04920−CJC−RCF
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/26/2008
Date Terminated: 08/15/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Anthony Andre Sharp**

represented by **Anthony Andre Sharp**
CDC K−41609
California Rehabilitation Center
PO Box 3535
Norco, CA 92860
PRO SE

V.

**Respondent**

**State of California**

**Respondent**

**M. Mantel**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2008 | 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254) Case assigned to Judge Cormac J. Carney and referred to Magistrate Judge Rita C. Federman. (Filing fee $ 5 DUE.), filed by Petitioner Anthony Andre Sharp. (Attachments: # 1 Part 1 to Petition). (et) (Entered: 06/30/2008) |
| 06/26/2008 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Cormac J. Carney and referred to Magistrate Judge Rita Coyne Federman to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (et) (Entered: 06/30/2008) |
| 07/03/2008 | 3 | CONSENT TO PROCEED before Magistrate Judge, in accordance with Title 28 Section 636(c) and F.R.CIV.P 73(b), filed by Petitioner Anthony Andre Sharp. (ghap) (Entered: 07/08/2008) |
| 07/24/2008 | 4 | NOTICE OF DISCREPANCY AND ORDER: by Magistrate Judge Rita C Federman, ORDERING letter to court submitted by Petitioner Anthony Andre Sharp received on 7/14/2008 is not to be filed but instead rejected. Denial based on: lacking name, address, phone and facsimile numbers; no copy provided for judge; no proof of service attached; correspondence to court pursuant to Local Rule 83−2.11. (ca) (Entered: 08/01/2008) |

| | | |
|---|---|---|
| 08/12/2008 | 5 | MINUTES OF IN CHAMBERS ORDER held before Magistrate Judge Rita C Federman. On June 26, 2008, CV 08−4232−CJC (RCF) was assigned to the Honorable Rita Coyne Federman as a companion case. Judge Federman declines assignment of the case and it is being returned for random reassignment by Order of the Chief Magistrate Judge.IT IS SO ORDERED. (bha) (Entered: 08/12/2008) |
| 08/12/2008 | 6 | NOTICE OF REASSIGNMENT OF CASE filed. Pursuant to order filed on 8/12/08. Case transferred to Magistrate Judge Frederick F. Mumm for any matters that are referred pursuant to General Order 05−07. Case number will now read CV 08−4232 CJC (FFM). (rn) (Entered: 08/12/2008) |
| 08/15/2008 | 7 | ORDER by Judge Cormac J. Carney transferring case to United States District Court Southern District of California. (MD JS−6. Case Terminated.) (Attachments: # 1 Transmittal) (sl) (Entered: 08/19/2008) |