K41609

FILED
JUN 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DM DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SHARP, PRISONER/PLAINTIFF, | CASE NUMBER 08CV1527 BEN (CAB) |
| v. STATE OF CALIFORNIA [redacted] DEFENDANT(S). | DECLARATION IN SUPPORT OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES |

I, ______________________, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☑Yes ☐No

   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

   10 Hours .16 per Hour

   b. State the place of your incarceration California Rehabilitation Center. Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, within the past twelve months, any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or form of self-employment? | ☐Yes | ☑No |
| b. | Rent payments, interest or dividends? | ☐Yes | ☑No |
| c. | Pensions, annuities or life insurance payments? | ☐Yes | ☑No |
| d. | Gifts or inheritances? | ☐Yes | ☑No |
| e. | Any other income (other than listed above)? | ☑Yes | ☐No |
| f. | Loans? | ☐Yes | ☐No |

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months:

mother $20.00 in last 3 months

(CONTINUED ON REVERSED SIDE)

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the <u>six (6) months prior</u> to the date of this declaration.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If the answer is yes, describe the property and state it approximate value:

5. In what year did you last file an Income Tax Return? 1992

   Approximately how much income did your last tax return reflect? N/A

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   NONE

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

State of California

County (or City) of Riverside

I, Anthony A. Sharp, declare under penalty of perjury that the foregoing is true and correct.

Date: 5-8-2008

Anthony Andre Sharp
Prisoner-Plaintiff (Signature)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of thes fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

Anthony A. Sharp
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ .24¢ on account at the California Rehabilitation Center institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $ 7.00.
I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 9.00.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

Dated: 5-23-08

Cindy Samano
Authorized Officer of Institution (Signature)

REPORT ID: TS3030 .701 REPORT DATE: 05/23/08

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF. REHABILITATION CENTER
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2007 THRU MAY 23, 2008

ACCOUNT NUMBER : K41609 BED/CELL NUMBER: 3 1100000000032L
ACCOUNT NAME : SHARP, ANTHONY A ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 12/05 | *VD54 | INMATE PAYROL | F/S 11/07 | | 6.81 | | 6.81 |
| 12/07 | W502 | POSTAGE CHARG | LEGAL11/20 | | | 0.41 | 6.40 |
| 12/07 | W502 | POSTAGE CHARG | LEGAL11/25 | | | 1.14 | 5.26 |
| 12/07 | W502 | POSTAGE CHARG | LEGAL11/25 | | | 1.31 | 3.95 |
| 12/07 | W502 | POSTAGE CHARG | LEGAL11/26 | | | 1.14 | 2.81 |
| 12/07 | W502 | POSTAGE CHARG | LEGAL12/02 | | | 0.41 | 2.40 |
| 12/10 | FC01 | DRAW-FAC 1 | 1ST DRAW | | | 2.00 | 0.40 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/04 | *VD54 | INMATE PAYROL | F/S 12/07 | | 8.10 | | 8.50 |
| 01/07 | W536 | COPAY CHARGE | 11/11 2062 | | | 4.22 | 4.28 |
| 01/07 | W502 | POSTAGE CHARG | LEGAL12/20 | | | 0.41 | 3.87 |
| 01/07 | W502 | POSTAGE CHARG | LEGAL12/27 | | | 1.65 | 2.22 |
| 01/07 | W502 | POSTAGE CHARG | LEGAL12/23 | | | 0.41 | 1.81 |
| 01/07 | W502 | POSTAGE CHARG | LEGAL12/25 | | | 0.41 | 1.40 |
| 01/07 | W502 | POSTAGE CHARG | LEGAL12/25 | | | 0.58 | 0.82 |
| 01/07 | W502 | POSTAGE CHARG | LEGAL12/27 | | | 0.41 | 0.41 |
| 01/07 | W502 | POSTAGE CHARG | LEGAL01/02 | | | 0.41 | 0.00 |
| 02/06 | *VD54 | INMATE PAYROL | F/S 01/08 | | 7.19 | | 7.19 |
| 02/26 | W502 | POSTAGE CHARG | LEGAL 2645 | | | 0.41 | 6.78 |
| 02/26 | W502 | POSTAGE CHARG | LEGAL 2645 | | | 0.41 | 6.37 |
| 02/26 | W502 | POSTAGE CHARG | LEGAL 2645 | | | 0.41 | 5.96 |
| 02/26 | W502 | POSTAGE CHARG | LEGAL 2645 | | | 0.41 | 5.55 |
| 03/05 | *VD54 | INMATE PAYROL | F/S 02/08 | | 6.81 | | 12.36 |
| 03/05 | W502 | POSTAGE CHARG | LEGAL 2749 | | | 0.41 | 11.95 |
| 03/05 | W502 | POSTAGE CHARG | LEGAL 2749 | | | 0.41 | 11.54 |
| 03/05 | W502 | POSTAGE CHARG | LEGAL 2749 | | | 0.41 | 11.13 |
| 03/05 | W515 | COPY CHARGE | COPIES2749 | | | 0.72 | 10.41 |
| 03/10 | FC01 | DRAW-FAC 1 | 1ST DRAW | | | 7.00 | 3.41 |
| 03/11 | *DD30 | CASH DEPOSIT | CT 9559 | | 9.00 | | 12.41 |
| 03/13 | W502 | POSTAGE CHARG | LEGAL 2847 | | | 0.41 | 12.00 |
| 03/13 | W502 | POSTAGE CHARG | LEGAL 2047 | | | 0.41 | 11.59 |
| 03/14 | W502 | POSTAGE CHARG | LEGAL 2857 | | | 0.41 | 11.18 |
| 03/14 | W502 | POSTAGE CHARG | LEGAL 2857 | | | 0.41 | 10.77 |
| 03/14 | W502 | POSTAGE CHARG | LEGAL 2857 | | | 0.41 | 10.36 |
| 03/14 | W502 | POSTAGE CHARG | LEGAL 2857 | | | 0.41 | 9.95 |
| 03/18 | W502 | POSTAGE CHARG | LEGAL 2902 | | | 0.41 | 9.54 |
| 03/18 | W502 | POSTAGE CHARG | LEGAL 2902 | | | 0.41 | 9.13 |
| 03/21 | W502 | POSTAGE CHARG | LEGAL 2938 | | | 0.41 | 8.72 |
| 03/21 | W502 | POSTAGE CHARG | LEGAL 2939 | | | 0.41 | 8.31 |
| 03/21 | W515 | COPY CHARGE | COPIES2938 | | | 0.96 | 7.35 |
| 03/25 | W502 | POSTAGE CHARG | LEGAL 2979 | | | 0.41 | 6.94 |
| 03/25 | W502 | POSTAGE CHARG | LEGAL 2979 | | | 0.41 | 6.53 |

REPORT ID: TS3030 .701 REPORT DATE: 05/23/08
PAGE NO. 2

CALIF. REHABILITATION CENTER
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2007 THRU MAY 23, 2008

ACCT: K41609 ACCT NAME: SHARP, ANTHONY A ACCT TYPE: I

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 03/25 | W502 | POSTAGE CHARG | LEGAL 2979 | | | 0.41 | 6.12 |
| 04/04* | VD54 | INMATE PAYROL | F/S 03/08 | | 7.56 | | 13.68 |
| 04/11 | W419 | DONATION-GAVE | FOOD SALE | | | 8.50 | 5.18 |
| 04/22 | W502 | POSTAGE CHARG | LEGAL 3306 | | | 2.16 | 3.02 |
| 04/23 | W515 | COPY CHARGE | MED 3328 | | | 0.20 | 2.82 |
| 04/28 | W502 | POSTAGE CHARG | LEGAL 3379 | | | 0.41 | 2.41 |
| 04/28* | W502 | POSTAGE CHARG | LEGAL 3379 | | | 0.41 | 2.00 |
| 04/28* | W502 | POSTAGE CHARG | LEGAL 3379 | | | 0.41 | 1.59 |
| 05/01* | W502 | POSTAGE CHARG | LEGAL 3407 | | | 1.48 | 0.11 |
| 05/06* | VD54 | INMATE PAYROL | F/S 04/08 | | 9.33 | | 9.44 |
| 05/07 | W502 | POSTAGE CHARG | LEGAL 3499 | | | 0.41 | 9.03 |
| 05/07 | W502 | POSTAGE CHARG | LEGAL 3499 | | | 0.41 | 8.62 |
| 05/07 | W502 | POSTAGE CHARG | LEGAL 3499 | | | 0.41 | 8.21 |
| 05/07 | W502 | POSTAGE CHARG | LEGAL 3499 | | | 0.41 | 7.80 |
| 05/07 | W502 | POSTAGE CHARG | LEGAL 3499 | | | 1.14 | 6.66 |
| 05/12 | FC01 | DRAW-FAC 1 | 1ST DRAW | | | 6.00 | 0.66 |
| 05/16 | W502 | POSTAGE CHARG | LEGAL 3600 | | | 0.42 | 0.24 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 05/16/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 5/12 | 1.34 |
| 05/16/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 5/13 | 0.42 |
| 05/23/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 5/22 | 0.42 |
| 05/23/2008 | H118 | LEGAL COPIES HOLD | LEGAL 5/23 | 1.20 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/03/97 CASE NUMBER: SCD121964
COUNTY CODE: SD FINE AMOUNT: $ 2,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 12/01/2007 | BEGINNING BALANCE | | | 1,704.60 |
| 12/05/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 7.56- | 1,697.04 |

CALIF. REHABILITATION CENTER
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2007 THRU MAY 23, 2008

ACCT: K41609 ACCT NAME: SHARP, ANTHONY A ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/03/97 CASE NUMBER: SCD121964
COUNTY CODE: SD FINE AMOUNT: $ 2,000.0

| DATE | TRANS. | DESCRIPTION | TRANS. AMT | BALANCE |
|---|---|---|---|---|
| 01/04/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 9.00- | 1,688.0 |
| 02/06/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 7.98- | 1,680.0 |
| 03/05/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 7.56- | 1,672.5 |
| 03/11/08 | DR30 | REST DED-CASH DEPOSIT | 10.00- | 1,662.5 |
| 04/04/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 8.40- | 1,654.1 |
| 05/06/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 10.36- | 1,643.7 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTION TO BE POSTE |
|---|---|---|---|---|---|
| 0.00 | 54.80 | 54.56 | 0.24 | 3.38 | 0.0 |

| CURRENT AVAILABLE BALANCE |
|---|
| 3.1 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Cindy Samano
TRUST OFFICE