FILED
JUN 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~CENTRAL~~ DISTRICT OF CALIFORNIA

ANTHONY A. SHARP
Petitioner

V.

STATE OF CALIFORNIA

CASE NO 08CV1527 BEN (CAB)

PETITIONER REQUEST APPOINTMENT OF COUNSEL IN THIS HABEAS CORPUS CRIMINAL APPEAL ISSUE PURSUANT TO THE CRIMINAL JUSTICE ACT

Please Take judicial notice.

ANTHONY A. SHARP The petitioner in The Above Action before This Court Here by Seeks Appointment of Counsel To Said petitioner due To Indigency, And seriousness of The Matter And The Complex Issues of law And Fact, of A Sort Requiring The assistance of Counsel As Petitioner's Habeas Raises a Substantial legal Issues And petitioner's inability To Investigate or obtain Certain Evidence And given The Nature That petitioner Has Filed Complaints with The District Court against prison officials For obstruction of justice And Denial Access To Courts.

See Attach points & Authorities

(1)

# Points And Authorities

Rule 12.4.

## Constitutional Right to Counsel
Pursuant to the Criminal Justice Act.

There is an established statutory right to counsel in most Habeas Corpus proceedings that present a non frivolous or triable issue and in all such proceedings [redacted]

There are Constitutional Reasons why counsel should be appointed under the circumstances of individual cases. Examples as follows:

1. Cases in which the petitioner has a colorable claim but lacks the capacity to present it or in which the legal issues are difficult and the petitioner has not demonstrated a workable knowledge of the legal process.
2. Cases involving at least one strong legal claim.
3. Cases in which the Indigent is in no position to investigate crucial facts and
4. Cases involving mentally or physically impaired petitioners.
5. In conformity with these expressions of Congressional intent, the courts generally have endorsed the appointment of counsel to represent indigent and legally unsophisticated prisoners.
4. language in section 3006A(a)(2)(B)'s predecessor provision provision, the Congressional Report on the provision states that the court "should" appoint counsel when "necessary to insure a fair hearing.
6. Provision of the Criminal Justice Act of 1964 and amended by the Criminal Justice Act Revision of 1986 section 3006A(a)(2)(B) which states that representation may be provided for any financially eligible person in a case arising under the Federal Habeas Corpus Statute

under The penalty of perjury The Following statement And request For Appointment of Counsel All Laws Have been Followed And This motion For Counsel was Executed on 1-18-08 AT CRC NORCO, CA. 92860

Dated ON
6-18-08

Respectfully submitted

Anthony A. Sharp