**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
2008 SEP -5 PM 3:13
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: RM DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE Bencivengo
FROM: R. Mullin, Deputy Clerk RECEIVED DATE: 9/4/2008
CASE NO.: 08cv1527 BEN (CAB) DOCUMENT FILED BY: Petitioner
CASE TITLE: Sharp v. State of California, et al
DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | 83.9 | **OTHER: Improper communication with the Judge.** |

**Date forwarded:** 9/5/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: CAB

Dated: 9-5-08 By: ML

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Anthony Andre Sharp K41609
CRC Dorm 312 - 1Low
PO Box 3535
Norco, CA. 92860

U.S. District Court
Southern District of California (San Diego)

Case No. 3:08-cv-01527-BEN-CAB

Anthony Andre Sharp V. State of California et al,

'Past, present and Future'

To: Magistrate Judge

Cathy Ann Bencivengo

REJECTED

my name is Anthony Andre Sharp I am the petitioner in the above case the reason for this correspondence is a personal one I wanted to share my personal thoughts and feelings on my past actions and present and my future goals but before I do I wish to share with you my life growing up so you will know me before I started my first criminal act this story is hard for me because the nature of the conversation.

I was born on Nov 19, 1966 to Terri' Sharp who was 16 yrs old when she got pregnant I was born at Childrens Hospital of Buffalo New York upon my birth I suffed a life threatening medical condition as my left kidney failed I was carefully monited weeks later I was released to my mother and grandparents Evelyn B. Sharp and Ollie T. Sharp my mother was living at home at the time at the age of 2yrs I was hospitalized with walking pnuemonia which almost costed me my life but I recovered during this time my mother was dating and engaged to be married months later she married Gilbert Rogers Jr. in 1968 on Feb 6th 1969 my mother gave

Original